Rudolph A. Telscher, Jr.* (MO Bar No. 41072)
rudy.telscher@huschblackwell.com
Kara R. Fussner* (MO Bar No. 54656)
kara.fussner@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer* (IL Bar No. 6320758)
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone

*admitted *pro hac vice*

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

***Attorneys for Defendants Plaintiffs BrandTotal, Ltd. and Unimania, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>*Plaintiff*,<br>v.<br><br>BRANDTOTAL, LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>*Defendants*. | Case No.: 3:20-CV-07182-JCS<br><br>**NOTICE OF MOTION AND *EX PARTE* MOTION OF DEFENDANTS BRANDTOTAL, LTD. AND UNIMANIA, INC. FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Judge:  The Hon. Joseph C. Spero<br>Ctrm.:  Courtroom F – 15th Floor<br>Date:   TBD<br>Time:   TBD |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT, at a time to be set by the Court, pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rule 65-1, Defendants BrandTotal, Ltd. and Unimania, Inc. (collectively, "BrandTotal"), by and through undersigned counsel, will and hereby do respectfully move *ex parte* for an order from this Honorable Court for issuance of a Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue against Plaintiff Facebook, Inc. ("Facebook").

This *ex parte* application is based on the attached Memorandum, Declaration of Oren Dor, Declaration of Alon Leibovich, Declaration of Rudolph A. Telscher, Jr. Exhibits A-O filed herewith, the records and pleadings on file in this action, and upon such other pleadings and evidence that may be presented prior to or at any oral argument that may be permitted by the Court. A Proposed Temporary Restraining Order is also respectfully submitted herewith.

This Motion is made on the grounds that:

(1) absent injunctive relief, BrandTotal is likely to suffer irreparable harm, including substantial disruption to its business;

(2) the balance of equities tips decidedly in BrandTotal's favor;

(3) BrandTotal is likely to succeed on the merits of its claims as well as Facebook's claims; and

(4) the public interest would be served by the issuance of a temporary restraining order.

BrandTotal's Motion seeks relief *ex parte* that the Court Order Facebook to:

(1) Rescind the takedown request to remove BrandTotal's UpVoice browser extension from the Google Chrome Web Store and take other reasonable actions in communication with Google to make the recession effective so that UpVoice is again available on the Google Chrome Web Store;

(2) reverse its "technical enforcement measures" blocking UpVoice from Facebook's platform; and

(3) restore the BrandTotal and other BrandTotal principals' Facebook pages.

Pursuant to Civil L.R. 65-1 and as set forth in the Declaration of Rudolph A. Telscher, Jr., counsel for BrandTotal gave appropriate notice of this motion to Facebook's counsel, Jason J. Kim and Ann Marie Mortimer of Hunton Andrews Kurth LLP, 550 South Hope Street, Suite 2000, Los Angeles, CA 90071, by email and phone on October 14, 2020.

Date: October 16, 2020            Respectfully submitted,

By: /s/ Rudolph A. Telscher, Jr.
Rudolph A. Telscher, Jr.*
rudy.telscher@huschblackwell.com
Kara Fussner*
kara.fussner@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer*
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone
*admitted *pro hac vice*

William E. Corum (to be admitted *pro hac vice*)
william.corum@huschblackwell.com
HUSCH BLACKWELL LLP
4800 Main Street, Ste. 1000
Kansas City, MO 64112
816-983-8000 Telephone

David Stauss (to be admitted *pro hac vice*)
david.stauss@huschblackwell.com
HUSCH BLACKWELL LLP
180 1 Wewatta Street, Suite 1000
Denver, CO 80202
303-749-7200 Telephone

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

**Attorneys for Defendants BrandTotal, Ltd. and Unimania, Inc.**

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2020, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record, and to be served via email on all counsel of record at the following:

HUNTON ANDREWS KURTH LLP
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiff Facebook, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Rudolph A. Telscher, Jr.