# Exhibit M



Federal Court of Australia

District Registry: Victoria

Division: General                                                                 No: VID369/2019

**DIALOGUE CONSULTING PTY LTD (ACN 153 007 259)**
Applicant

**INSTAGRAM, INC.** and others named in the schedule
Respondents

## ORDER

| | |
|---|---|
| **JUDGE:** | JUSTICE BEACH |
| **DATE OF ORDER:** | 15 April 2019 |
| **WHERE MADE:** | Melbourne |

---

**PENAL NOTICE**

TO:   Instagram Inc, Facebook Inc and Facebook Ireland Limited

IF YOU (BEING THE PERSON BOUND BY THIS ORDER):

(A)   REFUSE OR NEGLECT TO DO ANY ACT WITHIN THE TIME SPECIFIED IN THIS ORDER FOR THE DOING OF THE ACT; OR

(B)   DISOBEY THE ORDER BY DOING AN ACT WHICH THE ORDER REQUIRES YOU NOT TO DO,

YOU WILL BE LIABLE TO IMPRISONMENT, SEQUESTRATION OF PROPERTY OR OTHER PUNISHMENT.

ANY OTHER PERSON WHO KNOWS OF THIS ORDER AND DOES ANYTHING WHICH HELPS OR PERMITS YOU TO BREACH THE TERMS OF THIS ORDER MAY BE SIMILARLY PUNISHED.

---

UPON THE APPLICANT, by its counsel, undertaking:

(a) to submit to such order (if any) as the Court may consider to be just for the payment of compensation, (to be assessed by the Court or as it may direct), to any person, (whether or not

Prepared in the Victoria District Registry, Federal Court of Australia
Level 7, Owen Dixon Law Courts, 305 William Street, Telephone 03 8600 3333

1                                                                                      EXHIBIT M

that person is a party), affected by the operation of the order or undertaking or any continuation (with or without variation) of the order or undertaking; and

(b) to pay the compensation referred to in (a) to the person affected by the operation of the order or undertaking.

**THE COURT ORDERS THAT:**

1. The Respondents, whether by themselves, their officers, servants or agents, be restrained, until 5.00 pm on 17 May 2019 or further order, from:

    (a) taking any action to terminate or to suspend the access of the Applicant, whether by itself, its officers, servants or agents (through its product, SKED Social or otherwise), to the Instagram and Facebook websites, services, platforms or networks;

    (b) refusing to permit the Applicant, whether by itself, its officers, servants or agents access (through its product, SKED Social or otherwise), to the Instagram and Facebook websites, services, platforms or networks.

2. The Applicant's Interlocutory Application dated 11 April 2019 be adjourned until 9.30 am on 17 May 2019.

3. Until further order, on the ground that it is in the interests of the administration of justice the confidential unredacted Affidavit of Hugh Oliver Neason Stephens dated 11 April 2019 is not to be published, or disclosed to or accessed by any person other than a Justice of this Court (or their staff) or the Applicant and its legal representatives.

4. The Applicant has leave to serve copies of:

    (a) the Originating Application dated 11 April 2019;

    (b) the Interlocutory Application dated 11 April 2019;

    (c) the (redacted) Affidavit of Hugh Oliver Neason Stephens dated 11 April 2019;

    (d) the Concise Statement dated 11 April 2019;

    (e) the Genuine Steps Statement dated 11 April 2019;

    (f) the Applicant's Outline of Submissions dated 12 April 2019; and

    (g) these orders,

Prepared in the Victoria District Registry, Federal Court of Australia
Level 7, Owen Dixon Law Courts, 305 William Street, Telephone 03 8600 3333

2                                                                                                       EXHIBIT M

       on the First and Second Respondents in the United States of America and on the Third Respondent in the Republic of Ireland, in accordance with the *Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* done at the Hague on 15 November 1965.

5. There be a case management hearing in this matter at 9.30 am on 17 May 2019.

6. Costs reserved.

7. Liberty to apply on three (3) business days' notice.

Date that entry is stamped: 15 April 2019

*Warwick Soden*
Registrar

Prepared in the Victoria District Registry, Federal Court of Australia
Level 7, Owen Dixon Law Courts, 305 William Street, Telephone 03 8600 3333

3                                                                                                                                EXHIBIT M

**Schedule**

No: VID369/2019

Federal Court of Australia

District Registry: Victoria

Division: General

| | |
|---|---|
| Second Respondent | FACEBOOK INC |
| Third Respondent | FACEBOOK IRELAND LIMITED |

Prepared in the Victoria District Registry, Federal Court of Australia
Level 7, Owen Dixon Law Courts, 305 William Street, Telephone 03 8600 3333

4                                                                                              EXHIBIT M