# Exhibit N



Federal Court of Australia

District Registry: Victoria

Division: General                                                                 No: VID369/2019

**DIALOGUE CONSULTING PTY LTD (ACN 153 007 259)**
Applicant

**INSTAGRAM, INC.** and others named in the schedule
Respondents

## ORDER

| | |
|---|---|
| **JUDGE:** | JUSTICE BEACH |
| **DATE OF ORDER:** | 03 May 2019 |
| **WHERE MADE:** | Melbourne |

**THE COURT ORDERS THAT:**

1. Pursuant to Rule 9.05(1)(a) of the *Federal Court Rules 2011* (Cth), Instagram, LLC be joined as the Fourth Respondent.

2. Liberty to apply on three (3) business days' notice.

Date that entry is stamped: 3 May 2019

Registrar

Prepared in the Victoria District Registry, Federal Court of Australia
Level 7, Owen Dixon Law Courts, 305 William Street, Telephone 03 8600 3333

1                                                                                                   EXHIBIT N

**Schedule**

No: VID369/2019

Federal Court of Australia

District Registry: Victoria

Division: General

Second Respondent        FACEBOOK INC

Third Respondent         FACEBOOK IRELAND LIMITED

Prepared in the Victoria District Registry, Federal Court of Australia
Level 7, Owen Dixon Law Courts, 305 William Street, Telephone 03 8600 3333

2                                                                                EXHIBIT N