WILMER CUTLER PICKERING HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone: 650 600 5051

HUNTON ANDREWS KURTH LLP
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-200
Facsimile: (213) 532-2020

Attorneys for Plaintiff
Facebook, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BRANDTOTAL LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation, <br><br> Defendants. | Case No. 3:20-CV-07182-JCS <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFF FACEBOOK INC.'S ADMINISTRATIVE MOTION TO SET BRIEFING SCHEDULE** <br><br> Hon. Joseph C. Spero |

The Court has considered Plaintiff Facebook, Inc.'s Administrative Motion to Set Briefing Schedule and hereby sets the following briefing schedule concerning Defendants' motion for a temporary restraining order: (1) Facebook's opposition to Defendants' motion shall be due on Friday, October 23, 2020; (2) Defendants' reply to Facebook's opposition shall be due on Tuesday, October 27, 2020; and (3) the motion shall be heard on _____.

**IT IS SO ORDERED.**

Dated: _____

                                        _____
                                        JOSEPH C. SPERO
                                        United States Chief Magistrate Judge

Submitted by:

WILMER CUTLER PICKERING HALE AND DORR LLP

By:    /s/ Sonal N. Mehta

        SONAL N. MEHTA

        Attorney for Defendant Facebook, Inc.