UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDTOTAL LTD., et al.,<br><br>    Defendants. | Case No. 20-cv-07182-JCS<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 27 |

The Court has reviewed the parties' proposals for briefing and hearing the motion for a temporary restraining order filed by Defendants BrandTotal Ltd. and Unimania, Inc. (collectively, "BrandTotal"), and sets the following schedule:

(1) Plaintiff Facebook, Inc. shall file its opposition brief no later than Wednesday, October 21, 2020.

(2) BrandTotal shall file its reply brief on Thursday, October 22, 2020.

(3) A hearing will occur on Monday, October 26, 2020 at 2:00 PM via Zoom webinar.

**IT IS SO ORDERED.**

Dated: October 18, 2020

JOSEPH C. SPERO
Chief Magistrate Judge