# EXHIBIT 2



chrome web store

Sign in

Home > Extensions > UpVoice

# UpVoice

Offered by: UpVoice Team

0 | Social & Communication

Available on Chrome

Overview Reviews Related

## Overview

This extension allows you to earn rewards just for being you!

Win up to $75 US in the first year for using our participating sites like you normally do. Share your opinions and win even more! Our participating sites are Facebook, YouTube, Twitter, Amazon, and LinkedIn.
As a qualified UpVoice panelist, you impact the marketing decisions and brand strategies of multi-billion dollars corporations, who compete for your attention online. This means that you have a direct influence on the online advertising campaigns of big brands.
Install the UpVoice extension and qualify to become a member of our panel. It's safe and won't impact your browser performance. As a qualified member, we will reward you for browsing your social feeds and other participating sites normally. For more details, please visit our terms of service at: https://joinupvoice.com/tos.
Make sure to disable your ad blocker, if you have one, otherwise, we cannot collect the ads that target you and therefore we cannot reward you.
Privacy & data collection
When you regularly visit Facebook, Instagram and other participating sites, we securely collect the ads that you see and anonymous demographic profile data. We never share your personal information with anyone, except if needed to send you your rewards.
We protect your data using the highest security standards and we comply with all privacy regulations. For more details, please visit our Privacy Policy at: https://joinupvoice.com/privacy and our Data & Privacy FAQ at: https://www.joinupvoice.com/faq
If you have any questions, please contact us at: contact@joinupvoice.com.
For more details please visit www.joinupvoice.com.

Read less

## Additional Information

Website Report abuse

**Version**
2.10.1445

**Updated**
October 12, 2020

**Size**
358KiB

**Language**
English

**Developer**
Contact the developer
Privacy Policy

This extension allows you to earn rewards just for being you!

Available on Chrome

Page URL: https://chrome.google.com/webstore/detail/upvoice/igffacinpjkinncgnkmfpiocbmgbehem?hl=en-US