1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA**

10    **OAKLAND/SAN FRANCISCO DIVISION**

11

12    FACEBOOK, INC., a Delaware corporation,

      Case No.  3:20-CV-07182

13                        Plaintiff,

14          v.    **DECLARATION OF MICHAEL**
                  **DUFFEY IN SUPPORT OF PLAINTIFF'S**
15    BRANDTOTAL LTD., an Israeli    **OPPOSITION TO DEFENDANTS'** *EX*
      corporation, and UNIMANIA, INC., a    *PARTE* **APPLICATION FOR**
16    Delaware corporation,    **TEMPORARY RESTRAINING ORDER**

17                        Defendants.    Hon. Joseph C. Spero

18

19

20

21

22

23

24

25

26

27

28

**DECL. OF MICAHEL DUFFEY**

I, Michael P. Duffey, declare:

1.      I submit this declaration in the above-captioned matter.  I have personal knowledge of the facts set forth herein, and if called to testify as a witness, I could do so competently under oath.

2.      I am employed as an eDiscovery & Litigation Case Manager in the Legal Department at Facebook.  I have been employed by Facebook since March 20, 2017.

3.      Every user who registers for, uses, and continues to use the Facebook Platform must agree to Facebook's Terms of Service.  The Facebook Terms of Service include the Commercial Terms.  The Commercial Terms apply to users using or accessing Facebook for any business or commercial purpose.

4.      Every user who registers for, uses, and continues to use the Instagram Platform agrees to the Instagram Terms of Use and other rules that govern access to and use of Instagram, including Instagram's Community Guidelines, Platform Policy, and and Data Policy.

5.      Facebook maintains different versions of the Instagram and Facebook Terms that apply to users at different locations in the world.  Facebook maintains a website address for the Facebook Terms (https://www.facebook.com/terms.php) and a website address for the Instagram Terms (https://help.instagram.com/581066165581870?ref=dp), both of which display a different version of the Terms according to the location associated with a user's Internet Protocol address ("IP address").  Facebook and Instagram users using an IP address in Israel would see Terms applicable to Israel.

6.      There is only one version of the Facebook Commercial Terms and that version applies to all Facebook users regardless of a user's location.  Facebook maintains a website address for the Facebook Comercial Terms (https://www.facebook.com/legal/commercial_terms).

7.      In preparation for testifying and providing this declaration, I reviewed the Terms for Facebook and Instagram, and the Facebook Commercial Terms, that were applicable in October 2020.

8.      Attached as **Exhibit 1** is a true and correct copy of for Facebook Terms for Israel for the period of October 1, 2020 through the present.

**DECL. OF MICAHEL DUFFEY**

1        9.      Attached as **Exhibit 2** is a true and correct copy of for Facebook Terms for Israel for

2    the period of July 31, 2019 through October 1, 2020.

3        10.     Attached as **Exhibit 3** is a true and correct copy of Instagram Terms for Israel the

4    period of April 19, 2018 through the present.

5        11.     Attached as **Exhibit 4** is a true and correct copy of the Facebook Commercial Terms

6    for the period of August 31, 2020 through the present.

7        I declare under penalty of perjury that the foregoing is true and correct. Executed at Redwood

8    City, California, on the 16th day of October, 2020.

9

10                                Michael P. Duffey

2