# EXHIBIT 2


