Rudolph A. Telscher, Jr.* (MO Bar No. 41072)
rudy.telscher@huschblackwell.com
Kara Fussner* (MO Bar No. 54656)
kara.fussner@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer* (IL Bar No. 6320758)
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone

*admitted *pro hac vice*

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

***Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                    *Plaintiff*,<br>v.<br><br>BRANDTOTAL, LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>                    *Defendants*. | Case No.: 3:20-CV-07182-JCS<br><br>**ADMINISTRATIVE MOTION OF DEFENDANTS BRANDTOTAL, LTD. AND UNIMANIA, INC. TO FILE REPLY UNDER SEAL**<br><br>Judge:    The Hon. Joseph C. Spero<br>Ctrm.:    Courtroom F – 15th Floor<br>Date:     October 26, 2020<br>Time:    2:00 PM |

1  Pursuant to Civil L.R. 7-11 and Civil L.R. 79-5, Defendants/Counterclaim Plaintiffs
2  BrandTotal, Ltd. and Unimania, Inc. ("BrandTotal"), by and through undersigned counsel,
3  respectfully move for administrative relief to file its unredacted Reply in Support of its Ex Parte
4  Motion for Temporary Restraining Order under seal, along with the supporting Declaration of
5  Alon Leibovich, and Exhibit P to also be filed under seal.
6  BrandTotal will publicly file redacted versions of the Reply and supporting documents
7  contemporaneously with the filing of this Motion.
8  Good cause exists for sealing of these documents. Information cited in the memorandum
9  and supporting documents reference BrandTotal's confidential information, which if made public
10 would adversely impact BrandTotal.
11 The proposed sealing is narrowly tailored and only seeks to protect those limited portions
12 of the memorandum and supporting documents that contain sensitive financial and customer
13 identification information, which, if made public, would adversely impact both BrandTotal *and*
14 its customers. Because this is a motion for temporary restraining order, the law requires
15 Defendant BrandTotal to explain the irreparable harm it is experiencing in specific detail, which
16 necessary involves highly sensitive information.
17 No less restrictive means exist to achieve the overriding interest of protecting this
18 information. In absent of an order sealing BrandTotal's sensitive financial information and
19 references to the names of BrandTotal's customers, BrandTotal's interests would be seriously
20 prejudiced.
21 This Administrative Motion to File Under Seal is accompanied by the supporting
22 Declaration of Rudolph A. Telscher, Jr. and a [Proposed] Order Granting BrandTotal's
23 Administrative Motion to File Under Seal. Pursuant to Civil L.R. 79-5, BrandTotal lodges the
24 Requested Sealed Documents with this Court and respectfully requests leave to file them under
25 seal.

| | | |
|---|---|---|
| 1 | Date: October 22, 2020 | Respectfully submitted, |
| 2 | | By: */s/ Rudolph A. Telscher, Jr.* |
| 3 | | Rudolph A. Telscher, Jr.* |
| | | rudy.telscher@huschblackwell.com |
| 4 | | Kara Fussner* |
| 5 | | kara.fussner@huschblackwell.com |
| | | HUSCH BLACKWELL LLP |
| 6 | | 190 Carondelet Plaza, Suite 600 |
| | | St. Louis, MO 63105 |
| 7 | | 314-480-1500 Telephone |

Ryan B. Hauer*
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone
*admitted *pro hac vice*

William E. Corum (to be admitted *pro hac vice*)
william.corum@huschblackwell.com
HUSCH BLACKWELL LLP
4800 Main Street, Ste. 1000
Kansas City, MO 64112
816-983-8000 Telephone

David Stauss*
david.stauss@huschblackwell.com
HUSCH BLACKWELL LLP
180 1 Wewatta Street, Suite 1000
Denver, CO 80202
303-749-7200 Telephone

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

***Attorneys for Defendants BrandTotal, Ltd. and Unimania, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2020, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record, and to be served via email on all counsel of record at the following:

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>SONAL N. MEHTA (SBN 222086)<br>sonal.mehta@wilmerhale.com<br>THOMAS G. SPRANKLING (SBN 294831)<br>thomas.sprankling@wilmerhale.com<br>JOSEPH M. LEVY (SBN 329318)<br>joseph.levy@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br><br>ARI HOLTZBLATT<br>Ari.Holtzblatt@wilmerhale.com<br>ALLISON SCHULTZ<br>Allison.Schultz@wilmerhale.com<br>ROBIN C. BURRELL<br>robin.burrell@wilmerhale.com<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 | HUNTON ANDREWS KURTH LLP<br>Ann Marie Mortimer (State Bar No. 169077)<br>amortimer@HuntonAK.com<br>Jason J. Kim (State Bar No. 221476)<br>kimj@HuntonAK.com<br>Jeff R. R. Nelson (State Bar No. 301546)<br>jnelson@HuntonAK.com<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br><br>***Attorneys for Plaintiff/Counterclaim Defendant Facebook, Inc.*** |

*/s/ Rudolph A. Telscher, Jr.*