1  Rudolph A. Telscher, Jr.* (MO Bar No. 41072)
   rudy.telscher@huschblackwell.com
2  Kara Fussner* (MO Bar No. 54656)
   kara.fussner@huschblackwell.com
3  HUSCH BLACKWELL LLP
   190 Carondelet Plaza, Suite 600
4  St. Louis, MO 63105
   314-480-1500 Telephone
5
   Ryan B. Hauer* (IL Bar No. 6320758)
6  ryan.hauer@huschblackwell.com
   HUSCH BLACKWELL LLP
7  120 South Riverside Plaza Suite 2200
   Chicago, IL 60606
8  312-526-1572 Telephone
9  *admitted *pro hac vice*

10 Karl Kronenberger (CA Bar No. 226112)
   karl@krinternetlaw.com
11 Jeffrey M. Rosenfeld (CA Bar No. 222187)
   jeff@krinternetlaw.com
12 KRONENBERGER ROSENFELD, LLP
   150 Post Street, Suite 520
13 San Francisco, CA 94108
   415-955-1155 Telephone
14 415-955-1158 Facsimile

15

16 *Attorneys for Defendants/Counterclaim
   Plaintiffs BrandTotal, Ltd. and Unimania,
   Inc.*
17

18                  **UNITED STATES DISTRICT COURT**

19                **NORTHERN DISTRICT OF CALIFORNIA**

20               **SAN FRANCISCO/OAKLAND DIVISION**

21 FACEBOOK, INC., a Delaware            Case No.: 3:20-CV-07182-JCS
   corporation,
22                                        **DECLARATION OF RUDOLPH A.**
                    *Plaintiff,*          **TELSCHER, JR. IN SUPPORT OF**
23 v.                                     **ADMINISTRATIVE MOTION TO FILE**
                                          **REPLY UNDER SEAL**
24 BRANDTOTAL, LTD., an Israeli
   corporation, and                      Judge:  The Hon. Joseph C. Spero
25 UNIMANIA, INC., a Delaware            Ctrm.:  Courtroom F – 15th Floor
   corporation,                          Date:   October 26, 2020
26                                        Time:   2:00 PM
                    *Defendants.*
27

28

   R. Telscher Decl. ISO Motion to Seal              Case No. 3:20-CV-07182-JCS

1    I, Rudolph A. Telscher, Jr., state as follows:

2        1.    I am an attorney duly licensed to practice law in the State of Missouri. I am a

3    partner with the law firm of Husch Blackwell LLP, counsel for Defendants/Counterclaim Plaintiffs

4    BrandTotal Ltd. and Unimania, Inc. (collectively, "BrandTotal"), admitted pro hac vice in the

5    above-styled litigation. My testimony in this declaration is based on personal knowledge,

6    information, and belief regarding this litigation, and if called as a witness, I could and would

7    competently testify thereto.

8        2.    BrandTotal seeks leave from the Court to file its Reply Brief in Support of its *Ex*

9    *Parte* Motion for Temporary Restraining Order ("Reply"), the supporting Supplemental

10   Declaration of Alon Leibovich, and Exhibit P under seal.

11       3.    Good cause exists to seal BrandTotal's Reply, as it contains references to sensitive

12   financial and customer identification information, including references to the names of

13   BrandTotal's customers, which if made public, would adversely impact both BrandTotal *and* its

14   customer base. Because this is a motion for temporary restraining order, the law requires

15   Defendant BrandTotal to explain the irreparable harm it is experiencing in specific detail, which

16   necessary involves highly sensitive information.

17       4.    Good cause exists to seal the Declaration of Alon Leibovich, along with the

18   accompanying Exhibit P, in support of BrandTotal's Reply. This Declaration and Exhibit P

19   contains references to sensitive customer identification information, including references to the

20   names of BrandTotal's customers, which if made public, would adversely impact both BrandTotal

21   *and* its customer base.

22       5.    A narrowly tailored proposed order is submitted contemporaneously herewith,

23   pursuant to Civil L.R. 79-5(d)(1)(B).

24       6.    Redacted versions of the documents sought to be filed under seal, for which

25   BrandTotal is not seeking to seal the document in its entirety, are being filed contemporaneously

26   herewith, pursuant to Civil L.R. 79-5(d)(1)(C).

27       7.    Unredacted versions of the documents sought to be filed under seal with

28

---

1   highlighting to indicate the portions of the document that have been omitted from the redacted

2   version are being filed contemporaneously herewith, pursuant to Civil L.R. 79-5(d)(1)(D).

3

4                                              * * *

5       I hereby declare under penalty of perjury that the above statements are true to the best of

6   my knowledge.

7

8   Executed this 22nd day of October 2020 in St. Louis, Missouri.

9                                              /s/ Rudolph A. Telscher, Jr.

10                                             Rudolph A. Telscher, Jr.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28