1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

FACEBOOK, INC., a Delaware corporation,

*Plaintiff,*

v.

BRANDTOTAL, LTD., an Israeli corporation, and
UNIMANIA, INC., a Delaware corporation,

*Defendants.*

Case No.: 3:20-CV-07182-JCS

**[PROPOSED] ORDER GRANTING DEFENDANTS BRANDTOTAL, LTD. AND UNIMANIA, INC.'S MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS REPLY TO ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

Judge: The Hon. Joseph C. Spero
Ctrm.: Courtroom F – 15th Floor
Date: October 26, 2020
Time: 2:00 PM

The Court, after having read and considered BrandTotal's Administrative Motion to File Reply Under Seal, finds that the following documents should be filed under seal:

| **Documents to be Sealed** |
| --- |
| The UNREDACTED version of BrandTotal's Reply in Support of its Ex Parte Motion for Temporary Restraining Order |
| The UNREDACTED version of the Supplemental Declaration of Alon Leibovich |
| Exhibit P to the Supplemental Declaration of Alon Leibovich |

IT IS HEREBY ORDERED that no other persons are authorized, without Court Order, to inspect the sealed record.

Dated: _____, 2020

_____
Honorable Joseph C. Spero
Chief Magistrate Judge