Rudolph A. Telscher, Jr.* (MO Bar No. 41072)
rudy.telscher@huschblackwell.com
Kara Fussner* (MO Bar No. 54656)
kara.fussner@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer* (IL Bar No. 6320758)
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone

*admitted *pro hac vice*

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

***Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>*Plaintiff/Counterclaim Defendant*,<br><br>v.<br><br>BRANDTOTAL, LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>*Defendants/Counterclaim Plaintiffs*. | Case No.: 3:20-CV-07182-JCS<br><br>**DECLARATION OF RUDOLPH A. TELSCHER, JR. IN SUPPORT OF DEFENDANTS' REPLY TO *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:   The Hon. Joseph C. Spero<br>Ctrm.:   Courtroom F – 15th Floor<br>Date:    October 26, 2020<br>Time:    2:00 PM |

R. Telscher Decl. ISO Reply                                           Case No. 3:20-CV-07182-JCS

HB: 4843-8920-5455.1

I, Rudolph A. Telscher, Jr., state as follows:

1. I am an attorney duly licensed to practice law in the State of Missouri. I am a partner with the law firm of Husch Blackwell LLP, counsel for Defendants BrandTotal Ltd. and Unimania, Inc. (collectively, "BrandTotal"), admitted pro hac vice in the above-styled litigation. My testimony in this declaration is based on personal knowledge, information, and belief regarding this litigation, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit W is a true and correct copy of https://en.wikipedia.org/wiki/Portable_People_Meter, accessed October 22, 2020.

3. Attached hereto as Exhibit X is a true and correct copy of a screenshot of the homepage of https://www.crowdtangle.com/, accessed October 22, 2020.

\* \* \*

I hereby declare under penalty of perjury that the above statements are true to the best of my knowledge.

Executed this 22nd day of October 2020 in St. Louis, Missouri.

/s/ Rudolph A. Telscher, Jr.
Rudolph A. Telscher, Jr.