# Exhibit P

**PLACEHOLDER**
**(filed under seal)**