# Exhibit Q



**Eunice Goh**
Regional Advertising & Partnership I ONE Esports I CNBC I StarHub

———— TODAY ————

 **Eunice Goh** · 4:39 pm
Read about BrandTotal cos of Facebook and Google. All the best in your injunction, Alon! Great job fighting for the users' right and to prevent monopoly when if comes to data ownership,

 **Alon Leibovich** · 4:40 pm
Eunice, thanks so much for the show of support, it's much appreciated! We're doing the best we can!

Would you mind if i use your message of support to share with our legal team to reflect this is what the public feels about our case? It's these messages that keep us going!

 **Eunice Goh** · 7:32 pm
Sure of course Alon!

👍    Thanks    😊

\+   Write a message...   🎤