# Exhibit V

