# Exhibit X



**WATCH VIDEO**

## See what CrowdTangle is all about, and how other people are using the tool.



### We're joining Facebook!

November 11th, 2016

When we started CrowdTangle in 2011, we began by experimenting with Facebook's public API and trying to come up with creative products we could build on top of their social data.

Over the next five years, we built a platform that has become one of the leading tools for helping publishers take advantage of social media to tell their stories.

CrowdTangle helps publishers identify great stories, measure social performance, and identify influencers. It's used by newspapers, television stations, digital media outlets, investigative journalists, entertainment companies, sports teams and nonprofits all over the world. Hundreds of newsrooms and thousands of journalists use the tool every day.

But what didn't change in all that time is the fact that we still spend most of our time thinking about creative things we can do with Facebook data. That's why it's only fitting we're going to be officially joining their team and why we're so excited about it!

We think Facebook is the single most powerful platform in the world in connecting people to each other and to stories they care about. And at a time when there is a revolution taking place in how people connect with the world, our team is passionate about building tools that help publishers get the data and insights they need to succeed. Being able to continue our work but with the full support and resources of Facebook is a dream come true.

Thanks to this partnership, our platform is only going to get more powerful. All of our partners can not only expect the same quality of product, level of support, and pace of innovation they have come to expect from us, but they can and should expect even more from us going forward. We'd like to give a huge thanks to everyone who played a role in helping us get to this point and we'll find ways to express our gratitude over the coming months.

In the meantime, we want you to know that this is just the next step for us. We still feel like we're just getting started.

- Brandon, Matt, and the whole team

**OUR PARTNERS**

    

    

   

**PRODUCT**
Platform
Chrome Extension
Request Access

**RESOURCES**
Election Hub
Academics Hub
Resource Center
API Documentation
System Status

**COMPANY**
About Us
Partners
Terms of Service
Terms of Service (EU)
Data Policy
Cookie Policy

FACEBOOK 

2020 © CrowdTangle
support@crowdtangle.com