UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

          Plaintiff,

     v.

BRANDTOTAL LTD., et al.,

          Defendants.

Case No.  20-cv-07182-JCS

**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

Re: Dkt. Nos. 26, 38, 49

Defendants BrandTotal Ltd. and Unimania, Inc. (collectively, "BrandTotal") moved to seal portions of their motion for a temporary restraining order, reply brief, and other documents supporting that motion.  Plaintiff Facebook, Inc. moved to seal portions of its opposition brief based on BrandTotal's assertions of confidentiality, and BrandTotal filed a responsive declaration supporting sealing that information.  The Court issued an order to show cause why those motions should not be denied for failure to identify sufficiently narrowly-tailored portions of the documents at issue that required sealing, based on compelling reasons.  *See* Order to Show Cause (dkt. 59).  BrandTotal filed a response to that order withdrawing its request as to certain documents, identifying narrower redactions for others, and providing additional reasons to seal a small number of exhibits in their entirety.  *See* Response (dkt. 62).  The Court is satisfied that BrandTotal has now shown compelling reasons to seal narrowly-tailored sensitive material.  The motions to seal are therefore GRANTED as to the material identified in BrandTotal's response to the order to show cause, and DENIED as to the material for which BrandTotal withdrew its request.

BrandTotal is ORDERED to file the following documents unredacted in the public record no later than November 13, 2020: (1) BrandTotal's motion; (2) the October 15, 2020 declaration

United States District Court
Northern District of California

of Oren Dor; and (3) BrandTotal's reply.[1]  Facebook is ORDERED to file a copy of its opposition brief, redacting only the dollar value at line 14 of page 12, by the same deadline.

The Court's order to show cause also invited BrandTotal to propose any redactions that might be necessary in the Court's November 2, 2020 order denying BrandTotal's motion for a temporary restraining order.  BrandTotal does not request any such redactions, and consents to that order being filed publicly in its entirety.  *See* Response at 1.  The Court has now filed that order in the public record.  *See* dkt. 63.

**IT IS SO ORDERED.**

Dated: November 9, 2020

JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California

---

[1] BrandTotal has already filed, as attachments to its response to the order to show cause, revised public versions of the documents for which it seeks narrower redactions, and need not file those documents again.  BrandTotal has also offered to submit "unredacted, highlighted versions that correspond with this more narrowly tailored request."  Response at 3.  Because BrandTotal's new redacted versions, in conjunction with the unredacted versions previously filed under seal, were sufficient for the Court to resolve the requests for sealing, no further highlighted copies are necessary.

2