1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

14
15
16
17
18
19
20

| FACEBOOK, INC., a Delaware corporation, | Case No.: 3:20-CV-07182-JCS |
|---|---|
| *Plaintiff/Counterclaim Defendant*, | **[PROPOSED] ORDER GRANTING BRANDTOTAL'S MOTION FOR EARLY EXPEDITED DISCOVERY AND TO SET A BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| BRANDTOTAL, LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation, | Judge:  The Hon. Joseph C. Spero<br>Ctrm.:  Courtroom F – 15th Floor<br>Date:   TBD<br>Time:   TBD |
| *Defendants/Counterclaim Plaintiffs*. | |

21
22
23
24
25
26
27
28

Case No. 3:20-CV-07182-JCS

Defendants and Counterclaim-Plaintiffs BrandTotal, Ltd. and Unimania, Inc. (collectively "BrandTotal") have moved for an order granting early, expedited discovery and to set a briefing and hearing schedule on a Motion for Preliminary Injunction.

Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants BrandTotal's Motion and sets the following schedule for discovery and briefing on Motion for Preliminary Injunction:

Facebook's Responses to BrandTotal's Discovery Requests are due within ten (10) days of service;

A briefing and hearing schedule for BrandTotal's Preliminary Injunction Motion is set such that the Motion is heard in early January 2021:

BrandTotal's Opening Brief is due twenty (20) days before said hearing;

Facebook's Responsive Brief is due ten (10) days before said hearing; and

BrandTotal's Reply Brief is due five (5) days before said hearing.

**IT IS SO ORDERED.**

Dated: _____          _____

The Honorable Joseph C. Spero

Chief Magistrate Judge