**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| **Case No.:** 20-cv-07182-JCS | **Case Name:** Facebook, Inc. v. BrandTotal Ltd. | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: November 20, 2020 | **Time:** 14 M (10:00-10:14) |

**Attorney for Plaintiff:** Sonal Mehta, Ari Holtzblatt
**Attorney for Defendant:** Rudy Telscher, Kara Fussner

**Deputy Clerk:** Karen Hom          **Court Reporter:** Katherine Sullivan

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Motion for Discovery [dkt 65] – Granted

<u>**ORDERED AFTER HEARING**</u>

The Motion is GRANTED, and both sides may engage in expedited discovery, as follows:

1. Parties shall meet and confer to narrow the discovery requests. All discovery requests shall be served by 11/30/2020.
2. Objections due 12/7/2020.
3. Documents shall be produced, and answers to Interrogatories and responses to Requests for Admission shall be provided by 12/23/2020.
4. Depositions by 1/15/2021.
5. Thereafter, Defendant may file a motion for preliminary injunction on a seven (7) week track with the reply brief to be due four (4) weeks before the scheduled hearing date.

<u>**CASE CONTINUED TO:**</u>

**Order to be prepared by:**
 [ ] Plaintiff        [ ] Defendant        [ ] Court
**cc:**