1  Karl Kronenberger (CA Bar No. 226112)
   karl@krinternetlaw.com
2  Jeffrey M. Rosenfeld (CA Bar No. 222187)
   jeff@krinternetlaw.com
3  Kronenberger Rosenfeld, LLP
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   415-955-1155 Telephone
5
   Rudolph A. Telscher, Jr. (*pro hac vice*)
6  rudy.telscher@huschblackwell.com
   Kara R. Fussner (*pro hac vice*)
7  kara.fussner@huschblackwell.com
   HUSCH BLACKWELL LLP
8  190 Carondelet Plaza, Suite 600
   St. Louis, MO 63105
9  314-480-1500 Telephone

10 Ryan B. Hauer (*pro hac vice*)
   Ryan.hauer@huschblackwell.com
11 HUSCH BLACKWELL LLP
   120 South Riverside Plaza Suite 2200
12 Chicago, IL 60606
   312-526-1572 Telephone
13
   ***Attorneys for Defendants/Counterclaim***
14 ***Plaintiffs BrandTotal, Ltd. and Unimania,***
   ***Inc.***
15
   COUNSEL CONTINUED ON NEXT PAGE
16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                         **SAN FRANCISCO DIVISION**

20  FACEBOOK, INC., a Delaware corporation,

21               Plaintiff/Counterclaim        Case No. 3:20-CV-07182-JCS
                 Defendant,
22                                             **STIPULATION TO ENLARGE TIME**
         v.                                    **TO RESPOND TO FACEBOOK,**
23                                             **INC.'S MOTION TO DISMISS PER**
    BRANDTOTAL LTD., an Israel corporation, and **L.R. 6-2**
24  UNIMANIA, INC., a Delaware corporation,

25               Defendants/
                 Counterclaim
26               Plaintiffs.

27

28

| | |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | SONAL N. MEHTA (SBN 222086) |
|   | sonal.mehta@wilmerhale.com |
| 3 | THOMAS G. SPRANKLING (SBN 294831) |
|   | thomas.sprankling@wilmerhale.com |
| 4 | JOSEPH M. LEVY (SBN 329318) |
|   | joseph.levy@wilmerhale.com |
| 5 | 2600 El Camino Real, Suite 400 |
|   | Palo Alto, CA 94306 USA |
| 6 | Telephone: 650 600 5051 |
| 7 | ARI HOLTZBLATT (*pro hac vice*) |
|   | Ari.Holtzblatt@wilmerhale.com |
| 8 | ALLISON SCHULTZ (*pro hac vice*) |
|   | Allison.Schultz@wilmerhale.com |
| 9 | ROBIN C. BURRELL (*pro hac vice*) |
|   | robin.burrell@wilmerhale.com |
| 10 | 1875 Pennsylvania Ave, NW |
|   | Washington, DC 20006 |
| 11 | Telephone: (202) 663-6000 |
|   | Facsimile: (202) 663-6363 |
| 12 | |
|   | HUNTON ANDREWS KURTH LLP |
| 13 | Ann Marie Mortimer (State Bar No. 169077) |
|   | amortimer@HuntonAK.com |
| 14 | Jason J. Kim (State Bar No. 221476) |
|   | kimj@HuntonAK.com |
| 15 | Jeff R. R. Nelson (State Bar No. 301546) |
|   | jnelson@HuntonAK.com |
| 16 | 550 South Hope Street, Suite 2000 |
|   | Los Angeles, California 90071-2627 |
| 17 | Telephone: (213) 532-200 |
|   | Facsimile: (213) 532-2020 |
| 18 | |
| 19 | ***Attorneys for Plaintiff/Counterclaim Defendant Facebook, Inc.*** |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff/Counterclaim Defendant Facebook, Inc. (hereinafter "Facebook") and Defendants/Counterclaim Plaintiffs BrandTotal Ltd. and Unimania, Inc., (hereinafter "BrandTotal") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Facebook filed and served their Notice of Motion and Motion to Dismiss the Defendants' Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6) on November 23, 2020 (ECF No. 77) (hereinafter "Motion to Dismiss");

WHEREAS, BrandTotal's response to the Motion to Dismiss is currently due December 7, 2020;

WHEREAS, Facebook's reply in support of its Motion to Dismiss is currently due December 14, 2020;

WHEREAS, BrandTotal has asked for, and Facebook has consented to, a thirty (30) day extension of time for BrandTotal to file its opposition to the Motion to Dismiss, up to and including January 6, 2020;

WHEREAS, Facebook has asked for, and BrandTotal has consented to, a reciprocal twenty-one (21) day extension of time for Facebook to file its reply in support of its Motion to Dismiss, up to and including February 3, 2020;

WHEREAS, to accommodate the new briefing timeline for the Motion to Dismiss, the parties respectfully request the hearing date for the Motion to Dismiss be reset to February 19, 2020, or such other date that is convenient for the Court;

WHEREAS, this will not affect any other date already set by Court order;

**IT IS HEREBY STIPULATED AND AGREED** by Facebook and BrandTotal, pursuant to Civil Local Rules 6-2 and 7-12, that the deadline for BrandTotal to file its opposition to the Motion to Dismiss shall be enlarged up to and including January 6, 2020,[1] that the deadline for Facebook to file its reply in support of the Motion to Dismiss shall be enlarged up to and including February 3,

---

[1] The parties have agreed to extend the time for BrandTotal to oppose the motion, not for BrandTotal's deadline to file an amended pleading. BrandTotal reserves the right to request, as part of its opposition, that any dismissal be without prejudice with leave to amend; Facebook reserves the right to oppose.

2020, and it is respectfully requested that the Court reset the hearing date to February 19, 2020 or such other date that is convenient.

Dated:  December 3, 2020                    WILMER CUTLER PICKERING, HALE AND DORR LLP

                                                   By:    */s/ Sonal N. Mehta*
                                                             SONAL N. MEHTA

*Attorney for Plaintiff/Counterclaim Defendant* Facebook, Inc.


Dated:  December 3, 2020                    By:    */s/ Rudolph A. Telscher, Jr.*
                                                             RUDOLPH A. TELSCHER, JR.

*Attorney for Defendants/Counterclaim Plaintiffs* BrandTotal Ltd. and Unimania, Inc.

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation To Enlarge Time To Respond To Complaint. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated: December 3, 2020   By:  */s/Rudolph A. Telscher, Jr.*
                                  RUDOLPH A. TELSCHER, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: December 3, 2020   By:  */s/Rudolph A. Telscher, Jr.*
                                  RUDOLPH A. TELSCHER, JR.