1   Karl Kronenberger (CA Bar No. 226112)
    karl@krinternetlaw.com
2   Jeffrey M. Rosenfeld (CA Bar No. 222187)
    jeff@krinternetlaw.com
3   Kronenberger Rosenfeld, LLP
    150 Post Street, Suite 520
4   San Francisco, CA 94108
    415-955-1155 Telephone
5
    Rudolph A. Telscher, Jr. (*pro hac vice*)
6   rudy.telscher@huschblackwell.com
    Kara R. Fussner (*pro hac vice*)
7   kara.fussner @huschblackwell.com
    HUSCH BLACKWELL LLP
8   190 Carondelet Plaza, Suite 600
    St. Louis, MO 63105
9   314-480-1500 Telephone

10  Ryan B. Hauer (*pro hac vice*)
    Ryan.hauer@huschblackwell.com
11  HUSCH BLACKWELL LLP
    120 South Riverside Plaza Suite 2200
12  Chicago, IL 60606
    312-526-1572 Telephone
13
    ***Attorneys for Defendants/Counterclaim***
14  ***Plaintiffs BrandTotal, Ltd. and Unimania,***
    ***Inc.***
15

16
                    **UNITED STATES DISTRICT COURT**
17
                   **NORTHERN DISTRICT OF CALIFORNIA**
18
                       **SAN FRANCISCO DIVISION**
19

20  FACEBOOK, INC., a Delaware corporation,
                                                    Case No. 3:20-CV-07182-JCS
21                      Plaintiff/Counterclaim
                        Defendant,
                                                    **DECLARATION OF RUDOLPH A.**
22          v.                                      **TELSCHER, JR. IN SUPPORT OF**
                                                    **STIPULATION TO ENLARGE TIME**
23  BRANDTOTAL LTD., an Israel corporation, and     **TO RESPOND TO FACEBOOK,**
    UNIMANIA, INC., a Delaware corporation,         **INC.'S MOTION TO DISMISS PER**
24                                                  **L.R. 6-2**
                        Defendants/
25                      Counterclaim
                        Plaintiffs.
26

27

28

---

CASE NO.: 3:20-CV-07182-JCS                    DECLARATION

1    I, Rudolph A. Telscher, Jr., hereby state and declare as follows:

2    1.    I am a member of the bar of the State of Missouri. I am a lawyer at the law firm of

3    Husch Blackwell LLP, attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and

4    Unimania, Inc. in the above-captioned action. I am over the age of eighteen and competent to make

5    this declaration. My testimony in this declaration is based on personal knowledge and, if called as a

6    witness, could competently testify to the facts below.

7    2.    Facebook had previously requested, and BrandTotal had agreed to, an extension of

8    time for Facebook to respond to BrandTotal's counterclaims up to and including November 23,

9    2020.

10    3.    On that date Facebook filed its Motion to Dismiss, Dkt 77.

11    4.    The parties did not discuss, prior to filing, any schedule relating to the motion.

12    5.    The parties have since discussed the schedule, and agreed that the deadline for

13    BrandTotal to respond to the Motion to Dismiss shall be enlarged up to and including January 6,

14    2020, that the deadline for  Facebook to file its reply in support of the Motion to Dismiss shall be

15    enlarged up to and including February 3, 2020, and that the hearing date for the Motion to Dismiss

16    be reset by the Court.

17    6.    BrandTotal requests that the Court allow this enlargement due to the holidays and the

18    fact that the parties are engaged in discovery relevant to the preliminary injunction motion, and also

19    because counsel has several other pressing matters.

20    7.    There have been no prior time modifications to this briefing schedule.

21    8.    This request will have no effect on the remainder of the schedule for this case.

22    ***

23    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are

24    true and correct.

25    EXECUTED this 3rd day of December, 2020, in St. Louis, Missouri.

26

27    /s/ Rudolph A. Telscher, Jr.

28

- 1 -