1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8                        SAN FRANCISCO DIVISION

9  FACEBOOK, INC., a Delaware corporation,
10                      Plaintiff/Counterclaim          Case No. 3:20-CV-07182-JCS
                        Defendant,
11                                                      **[PROPOSED] ORDER ON CIVIL
         v.                                             LOCAL RULE 6-2 STIPULATION TO
12                                                      ENLARGE TIME TO RESPOND TO
   BRANDTOTAL LTD., an Israel corporation, and          MOTION TO DISMISS**
13 UNIMANIA, INC., a Delaware corporation,
14                      Defendants/
                        Counterclaim
15                      Plaintiffs.

16

17                              **[PROPOSED] ORDER**

18       PURSUANT TO STIPULATION, IT IS SO ORDERED that: the deadline for BrandTotal to

19 file its opposition to the Motion to Dismiss shall be enlarged up to and including January 6, 2020,

20 that the deadline for Facebook to file its reply in support of the Motion to Dismiss shall be enlarged

21 up to and including February 3, 2020, and that the hearing date for the Motion to Dismiss is reset to

22 _____.

23

24   Dated: _____          _____
                                             The Honorable Joseph C. Spero
25                                           Chief Magistrate Judge

26
27
28

Case no.: 3:20-CV-07182-JCS                          [Proposed] Order On L.R. 6-2 Stipulation To
                                                     Enlarge Time To Respond To motion to
                                                     dismiss