**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff/Counterclaim Defendant,<br><br>　v.<br><br>BRANDTOTAL LTD., an Israel corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>　　　　　　　Defendants/<br>　　　　　　　Counterclaim<br>　　　　　　　Plaintiffs. | Case No. 3:20-CV-07182-JCS<br><br>**[PROPOSED] ORDER ON CIVIL LOCAL RULE 6-2 STIPULATION TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that: the deadline for BrandTotal to file its opposition to the Motion to Dismiss shall be enlarged up to and including January 6, ~~2020~~ 2021, that the deadline for Facebook to file its reply in support of the Motion to Dismiss shall be enlarged up to and including February 3, ~~2020~~ 2021, and that the hearing date for the Motion to Dismiss is reset to February 19, 2021 at 9:30 AM by Zoom video conference. Zoom Webinar ID: 161 926 0804. Passcode: 050855.

Dated: 12/3/2020

_____
The Honorable Joseph C. Spero
Chief Magistrate Judge

---

CASE NO.: 3:20-CV-07182-JCS　　　　　　　　　　　[PROPOSED] ORDER ON L.R. 6-2 STIPULATION TO ENLARGE TIME TO RESPOND TO MOTION TO DISMISS