UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDTOTAL LTD., et al.,<br><br>        Defendants. | Case No. 20-cv-07182-JCS<br><br>**ORDER DENYING ADMINISTRATIVE MOTION FOR SETTLEMENT CONFERENCE REFERRAL**<br><br>Re: Dkt. No. 81 |

Defendants BrandTotal Ltd. and Unimania, Inc.'s administrative motion for referral to a settlement conference is DENIED, without prejudice to the parties filing a joint motion for referral to a settlement conference or any other form of alternative dispute resolution that all parties believe would be worthwhile.

**IT IS SO ORDERED.**

Dated: December 29, 2020

JOSEPH C. SPERO
Chief Magistrate Judge