**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sonal N. Mehta (State Bar No.  222086)
sonal.mehta@wilmerhale.com
Thomas G. Sprankling (State Bar No. 294831)
thomas.sprankling@wilmerhale.com
Joseph M. Levy (SBN 329318)
joseph.levy@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306 USA
Telephone: 650 600 5051

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Ari Holtzblatt (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
Allison Schultz (*pro hac vice*)
allison.schultz@wilmerhale.com
Robin C. Burrell (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Plaintiff/Counterclaim
Defendant FACEBOOK, INC.

*[Counsel Continued on next page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>          Plaintiff/<br>          Counterclaim Defendant,<br><br>          v.<br><br>BRANDTOTAL LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>          Defendants/<br>          Counterclaim Plaintiffs. | CASE NO.:  3:20-CV-07182-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>[*Declaration of Jeff R. R. Nelson In Support of Stipulation to Continue Case Management Conference and Related Deadlines filed concurrently herewith*] |

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

1  **KRONENBERGER ROSENFELD, LLP**
2  Karl Kronenberger (State Bar No. 226112)
   karl@krinternetlaw.com
3  Jeffrey M. Rosenfeld (State Bar No. 222187)
   jeff@krinternetlaw.com
4  150 Post Street, Suite 520
   San Francisco, California 94108
5  Telephone: (415) 955-1155

6  **HUSCH BLACKWELL LLP**
7  Rudolph A. Telscher, Jr. (*pro hac vice*)
   rudy.telscher@huschblackwell.com
8  Kara R. Fussner (*pro hac vice*)
   kara.fussner@huschblackwell.com
9  190 Carondelet Plaza, Suite 600
   St. Louis, Missouri 63105
10 Telephone: (314) 480-1500

11 **HUSCH BLACKWELL LLP**
12 Ryan B. Hauer (*pro hac vice*)
   Ryan.hauer@huschblackwell.com
13 120 South Riverside Plaza, Suite 2200
   Chicago, Illinois 60606
14 Telephone: (312) 526-1572

15
16 Attorneys for Defendants/Counterclaim Plaintiffs BRANDTOTAL, LTD. and UNIMANIA, INC.

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff/Counterclaim Defendant Facebook, Inc. ("Facebook") and Defendants/Counterclaim Plaintiffs BrandTotal Ltd. and Unimania, Inc., ("Defendants") stipulate as follows:

WHEREAS, Facebook filed this action on October 14, 2020. ECF No. 1;

WHEREAS, Defendants filed an answer and counterclaims on October 16, 2020. ECF No. 23;

WHEREAS, Facebook has moved to dismiss Defendants' counterclaims (the "Motion"), and that Motion is set to be heard on February 19, 2021. ECF Nos. 77 & 80;

WHEREAS, the Court has set a Case Management Conference for January 15, 2021 at 2:00 p.m., and scheduled January 8, 2021 as the "[l]ast day to file [a] Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement." ECF No. 11;

WHEREAS, there have been no prior requests to the Court to continue the Case Management Conference or to extend the deadline for the parties' Joint Case Management Statement or any other Rule 26-related deadlines;

WHEREAS, in the interest of judicial economy, the parties wish to conserve Court resources by having the Court hold the Case Management Conference concurrently with the hearing on the Motion;

THEREFORE, the parties stipulate and request the following:

(1) The Initial Case Management Conference be continued from January 15, 2021 to February 19, 2021;

(2) All Rule 26-related deadlines, including the deadline to submit a Joint Case Management Conference Statement, be continued accordingly.

Dated: December 29, 2020                     **HUNTON ANDREWS KURTH LLP**


By:   /s/ Jeff R. R. Nelson
      Ann Marie Mortimer
      Jason J. Kim
      Jeff R. R. Nelson

|  |  |
|---|---|
|  | Attorneys for Plaintiff/Counterclaim Defendant FACEBOOK, INC. |
|  | Platform Enforcement and Litigation Facebook, Inc. Jessica Romero Michael Chmelar |
| Dated:  December 29, 2020 | **HUSCH BLACKWELL LLP** |
|  | By:     /s/ Kara R. Fussner         Rudolph A. Telscher, Jr. Kara R. Fussner Attorneys for Defendants/Counterclaim Plaintiffs BRANDTOTAL, LTD. and UNIMANIA, INC. |

### **ATTESTATION**

I, Jeff R. R. Nelson, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

| | |
|---|---|
| Dated:  December 29, 2020 |      /s/ *Jeff R. R. Nelson*         Jeff R. R. Nelson |

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1)  The Initial Case Management Conference is continued from January 15, 2021 to February 19, 2021;

(2)  All Rule 26-related deadlines, including the deadline to submit a Joint Case Management Conference Statement, are continued accordingly.

IT IS SO ORDERED.

Dated: 12/30/2020, 2020

Joseph C. Spero
United States Magistrate Judge