Rudolph A. Telscher, Jr.* (MO Bar No. 41072)
rudy.telscher@huschblackwell.com
Kara R. Fussner* (MO Bar No. 54656)
kara.fussner@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer* (IL Bar No. 6320758)
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone

Dustin L. Taylor* (CO Bar No. 54463)
dustin.taylor@huschblackwell.com
David Stauss* (CO Bar No. 40769)
david.stauss@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
303-749-7200 Telephone

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

*admitted *pro hac vice*

*Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>*Plaintiff/Counterclaim Defendant*,<br><br>v.<br><br>BRANDTOTAL, LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>*Defendants/Counterclaim Plaintiffs*. | Case No.: 3:20-CV-07182-JCS<br><br>**ADMINISTRATIVE MOTION TO FILE DISCOVERY DISPUTE LETTER BRIEF AND SUPPORTING EXHIBIT F UNDER SEAL** |

Pursuant to Civil L.R. 7-11 and Civil L.R. 79-5, Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc. ("BrandTotal"), by and through undersigned counsel, respectfully move for administrative relief to file the Parties' Discovery Dispute Letter Brief, along with Exhibit F, under seal.

Compelling reasons exist for sealing these documents, as the redacted portion of the joint letter brief and the accompanying Exhibit F contain confidential information about Facebook's reports to the Federal Trade Commission under a consent decree with the Federal Trade Commission. Facebook submits its reports to the Federal Trade Commission confidentially. Accordingly, Facebook requests that the Court allow the joint letter brief and accompanying copy of the October Report to be filed under seal.

The proposed sealing is narrowly tailored and only seeks to protect those limited portions of the letter brief that contain sensitive information, and BrandTotal will publicly file a redacted version of the Letter Brief contemporaneously with the filing of this Motion. Exhibit F is marked Highly Confidential – Attorney Eyes Only and should be sealed in its entirety.

This Administrative Motion to File Under Seal is accompanied by the supporting Declaration of Michael Chmelar and a [Proposed] Order Granting BrandTotal's Administrative Motion to File Under Seal. Pursuant to Civil L.R. 79-5, BrandTotal lodges the Requested Sealed Documents with this Court and respectfully requests leave to file them under seal.

| | | |
|---|---|---|
| 1 | Date: January 6, 2021 | Respectfully submitted, |
| 2 | | By: */s/ Rudolph A. Telscher, Jr.* |
| | | Rudolph A. Telscher, Jr.* |
| 3 | | rudy.telscher@huschblackwell.com |
| | | Kara R. Fussner* |
| 4 | | kara.fussner@huschblackwell.com |
| | | HUSCH BLACKWELL LLP |
| 5 | | 190 Carondelet Plaza, Suite 600 |
| 6 | | St. Louis, MO 63105 |
| | | 314-480-1500 Telephone |

Ryan B. Hauer*
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone

Dustin L. Taylor*
dustin.taylor@huschblackwell.com
David Stauss*
david.stauss@huschblackwell.com
HUSCH BLACKWELL LLP
180 1 Wewatta Street, Suite 1000
Denver, CO 80202
303-749-7200 Telephone
*admitted *pro hac vice*

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

***Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2021, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record, and to be served via email on all counsel of record at the following:

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>SONAL N. MEHTA (SBN 222086)<br>sonal.mehta@wilmerhale.com<br>THOMAS G. SPRANKLING (SBN 294831)<br>thomas.sprankling@wilmerhale.com<br>JOSEPH M. LEVY (SBN 329318)<br>joseph.levy@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br><br>ARI HOLTZBLATT<br>Ari.Holtzblatt@wilmerhale.com<br>ALLISON SCHULTZ<br>Allison.Schultz@wilmerhale.com<br>ROBIN C. BURRELL<br>robin.burrell@wilmerhale.com<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 | HUNTON ANDREWS KURTH LLP<br>Ann Marie Mortimer (State Bar No. 169077)<br>amortimer@HuntonAK.com<br>Jason J. Kim (State Bar No. 221476)<br>kimj@HuntonAK.com<br>Jeff R. R. Nelson (State Bar No. 301546)<br>jnelson@HuntonAK.com<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br><br>***Attorneys for Plaintiff/Counterclaim Defendant Facebook, Inc.*** |

/s/ Rudolph A. Telscher, Jr.

Admin. Motion to File Under Seal   3   Case No. 3:20-CV-07182-JCS

HB: 4846-4863-9702.2