WILMER CUTLER PICKERING HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
THOMAS G. SPRANKLING (SBN 294831)
thomas.sprankling@wilmerhale.com
JOSEPH M. LEVY (SBN 329318)
joseph.levy@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone: 650 600 5051

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiff/Counterclaim Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>BRANDTOTAL LTD., an Israel corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>　　　　　Defendants/Counterclaim Plaintiffs. | Case No. 3:20-CV-07182-JCS<br><br>**DECLARATION OF MICHAEL CHMELAR IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL JOINT LETTER BRIEF AND ACCOMPANYING EXHIBIT F** |

I, Michael Chmelar, declare as follows:

1. I am Associate General Counsel at Facebook.

2. The parties are filing a joint letter brief regarding BrandTotal's early discovery requests.

3. Pursuant to Local Rule 79-5, I submit this Declaration in support of the Administrative Motion to File Under Seal Confidential Information.

4. The redacted portion of the joint letter brief and the accompanying Exhibit F contain confidential information about Facebook's reports to the Federal Trade Commission under a consent decree with the Federal Trade Commission. Facebook submits its reports to the Federal Trade Commission confidentially. Accordingly, Facebook requests that the Court allow the joint letter brief and accompanying copy of the October Report to be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6 day of January 2021 in Redwood City, California.

By: /s/ Michael Chmelar
MICHAEL CHMELAR