1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>BRANDTOTAL, LTD., an Israeli corporation, and<br>UNIMANIA, INC., a Delaware corporation,<br><br>*Defendants*. | Case No.: 3:20-CV-07182-JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS BRANDTOTAL, LTD. AND UNIMANIA, INC.'S MOTION TO FILE UNDER SEAL** |

1 | The Court, after having read and considered BrandTotal's Administrative Motion to File
2 | Under Seal, finds that the following documents should be filed under seal:

| **Documents to be Sealed** |
|---|
| The UNREDACTED version of the parties' Joint Discovery Dispute Letter Brief |
| Exhibit F to the Joint Discovery Dispute Letter Brief |

IT IS HEREBY ORDERED that no other persons are authorized, without Court Order, to inspect the sealed record.

Dated: _____, 2021

_____
Honorable Joseph C. Spero
Chief Magistrate Judge