UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDTOTAL LTD., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-07182-JCS<br><br>**SECOND ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 91, 93 |

On January 11, 2021, the Court denied an administrative motion to file under seal (dkt. 91) and ordered Defendants to file certain documents in the public record no later than January 15, 2021. *See* Order Resolving Discovery Dispute and Denying Admin. Mot. to File Under Seal (dkt. 93). That deadline has passed and the documents have not been filed. In order to complete the public record of this action, Defendants are once again ordered to file the documents at issue. If the documents are not filed by February 1, 2021, the Court will set a status conference to determine an appropriate remedy.

**IT IS SO ORDERED.**

Dated: January 26, 2021

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge