UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

    Plaintiff,

v.

BRANDTOTAL LTD., et al.,

    Defendants.

Case No. 20-cv-07182-JCS

**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 96

    On February 3, 2021, Plaintiff Facebook, Inc. moved to file a portion of its reply brief under seal based solely on designations of confidentiality by Defendants BrandTotal Ltd. and Unimania, Inc. (collectively, "BrandTotal"). BrandTotal did not file a responsive declaration supporting sealing within the time allowed by Civil Local Rule 79-5(e)(1). Facebook's administrative motion to file under seal is therefore DENIED, and Facebook shall file an unredacted version of its reply brief in the public record no earlier than February 15, 2021 and no later than February 19, 2021. *See* Civ. L.R. 79-5(e)(2).

    **IT IS SO ORDERED.**

Dated: February 9, 2021

JOSEPH C. SPERO
Chief Magistrate Judge