Rudolph A. Telscher, Jr.* (MO Bar No. 41072)
rudy.telscher@huschblackwell.com
Kara R. Fussner* (MO Bar No. 54656)
kara.fussner@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer* (IL Bar No. 6320758)
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606

Dustin L Taylor* (IL Bar No. 6328158)
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
　　*admitted *pro hac vice*

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

***Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>*Plaintiff/Counterclaim Defendant*,<br>v.<br><br>BRANDTOTAL, LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>*Defendants/Counterclaim Plaintiffs*. | Case No.: 3:20-CV-07182-JCS<br><br>**DEFENDANTS BRANDTOTAL, LTD. AND UNIMANIA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:　The Hon. Joseph C. Spero<br>Ctrm.:　Courtroom F – 15th Floor<br>Date:　April 9, 2021<br>Time:　9:30 a.m. |

Defendants' Motion for Preliminary Injunction　　　　　　　　　　　Case No. 3:20-CV-07182-JCS

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT, on April 9, 2021, at 9:30 a.m., Defendants/ Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc. (collectively, "BrandTotal"), by and through undersigned counsel, will, and hereby do, respectfully move for preliminary injunction ("Motion")—benefitted by a more complete record—and again ask the Court to enter an order requiring Facebook to:

(1) rescind the takedown request to remove the UpVoice extension from the Google Chrome Web Store and to not oppose the inclusion of a replacement UpVoice extension on the Store;

(2) reverse any "technical enforcement measures" blocking UpVoice from Facebook's platform or otherwise prohibiting Panelists from sharing their information with BrandTotal; and

(3) restore the Facebook accounts of BrandTotal such that BrandTotal may resume advertising efforts to recruit Panelists.

Moreover, for the reasons set forth in BrandTotal's Motion for Temporary Restraining Order, Dkt. 26, BrandTotal requests that this injunction be entered without requiring BrandTotal to post a bond, because, even if wrongfully enjoined, Facebook will suffer no damage.

This Motion is filed pursuant to the November 20, 2020, Order of the Court (ECF No. 74) and is based on the attached Memorandum; Declarations of Alon Leibovich, Oren Dor, and Rudolph A. Telscher, Jr.; Report of Robert Sherwood; Exhibits A-Z and Exhibits AA-DD filed herewith, the records and pleadings on file in this action, and upon such other pleadings and evidence that may be presented prior to or at any oral argument that may be permitted by the Court. A Proposed Order Granting Preliminary Injunction is also respectfully submitted herewith.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: February 18, 2021 | Respectfully submitted, |
| 3 | | By: */s/ Rudolph A. Telscher, Jr.* <br> Rudolph A. Telscher, Jr.* |
| 4 | | rudy.telscher@huschblackwell.com <br> Kara R. Fussner* |
| 5 | | kara.fussner@huschblackwell.com <br> HUSCH BLACKWELL LLP |
| 6 | | 190 Carondelet Plaza, Suite 600 |
| 7 | | St. Louis, MO 63105 <br> 314-480-1500 Telephone |
| 8 | | |
| 9 | | Ryan B. Hauer* <br> ryan.hauer@huschblackwell.com |
| 10 | | HUSCH BLACKWELL LLP <br> 120 South Riverside Plaza Suite 2200 |
| 11 | | Chicago, IL 60606 <br> 312-526-1572 Telephone |
| 12 | | |
| 13 | | Dustin L. Taylor* <br> dustin.taylor@huschblackwell.com <br> HUSCH BLACKWELL LLP |
| 14 | | 180 1 Wewatta Street, Suite 1000 <br> Denver, CO 80202 |
| 15 | | 303-749-7200 Telephone <br> *admitted *pro hac vice* |
| 16 | | |
| 17 | | Karl Kronenberger (CA Bar No. 226112) <br> karl@krinternetlaw.com |
| 18 | | Jeffrey M. Rosenfeld (CA Bar No. 222187) <br> jeff@krinternetlaw.com |
| 19 | | KRONENBERGER ROSENFELD, LLP <br> 150 Post Street, Suite 520 |
| 20 | | San Francisco, CA 94108 <br> 415-955-1155 Telephone <br> 415-955-1158 Facsimile |
| 21 | | |
| 22 | | **Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.** |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February 2021, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record, and to be served via email on all counsel of record at the following:

WILMER CUTLER PICKERING
HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
THOMAS G. SPRANKLING (SBN 294831)
thomas.sprankling@wilmerhale.com
JOSEPH M. LEVY (SBN 329318)
joseph.levy@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

ARI HOLTZBLATT
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

HUNTON ANDREWS KURTH LLP
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

**Attorneys for Plaintiff/Counterclaim Defendant Facebook, Inc.**

/s/ Rudolph A. Telscher, Jr.

Defendants' Motion for Preliminary Injunction — 3 — Case No. 3:20-CV-07182-JCS

HB: 4817-0944-1244.1