UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ZOOM CIVIL MINUTE ORDER

| Case No.: 20-cv-07182-JCS | Case Name: Facebook, Inc. v. BrandTotal Ltd. | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: February 19, 2021 | Time: 1 H 2 M |

**Attorney for Plaintiff:** Sonal Mehta, Ari Holtzblatt, Ann Marie Mortimer
**Attorney for Defendant:** Rudy Telscher

**Deputy Clerk:** Karen Hom            **Court Reporter:** Belle Ball

ZOOM WEBINAR PROCEEDINGS

1. Motion to Dismiss Defendants' Counterclaims [dkt 77] - Submitted
2. Initial Case Mgmt Conference – Held (3 M)

ORDERED AFTER HEARING

Except as modified, the Court adopts the dates in the joint case management conference statement, ECF 99.
Parties are to meet and confer by Zoom video to work on a briefing schedule for the Preliminary Injunction Motion and Motion to Dismiss and file a joint letter on Monday, 2/22/2021.

CASE CONTINUED TO:


PRETRIAL SCHEDULE:
**Initial Disclosures:** 3/3/2021
**Deadline to Seek Leave to Amend Pleadings:** 3/22/2021
**Discovery Cutoff:** 09/03/2021
**Expert Disclosure:** 9/17/2021
**Expert Rebuttal:** 10/15/2021
**Expert Discovery Cutoff:** 11/12/2021
**Deadline to File Dispositive Motions:**
**Motions Hearing & Daubert Motions:** 01/21/2022 at 9:30 AM. Parties to meet and confer and file a stipulated briefing schedule with the reply to be due four (4) weeks before the scheduled hearing date.
**Pretrial Conference:** 05/13/2022 at 2:00 PM
**Trial:** 06/01/2022 at 8:30 AM for 7 days [ X ]   Jury   [ ]   Court

**Order to be prepared by:**
 [ ] Plaintiff        [ ] Defendant          [X] Court