# Exhibit A

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit B

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit C

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit D

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit E

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit F

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit G

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit H

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit I

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit J

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit K

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit M

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit N

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit P

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit S

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit T

**Placeholder
(Exhibit Filed Under Seal)**

# Exhibit W

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit X

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit Y

**Placeholder
(Exhibit Filed Under Seal)**

# Exhibit Z

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit AA

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit DD

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit EE

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit FF

**Placeholder**
**(Exhibit Filed Under Seal)**

# Exhibit HH

**Placeholder**
**(Exhibit Filed Under Seal)**