# Exhibit O

| | |
|---|---|
| **Message** | |
| **From:** | Kim Stonehouse [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KSTONEHOUSE13E] |
| **Sent:** | 9/22/2020 4:53:37 PM |
| **To:** | Gabriel Gontijo [gabrielgontijo@fb.com]; Rita Proctor [rita.proctor@fb.com] |
| **CC:** | Michelle Morris [morris@fb.com]; Alejandra Cos-Peraza [alejandra@fb.com] |
| **Subject:** | FW: Brand Total Report |
| **Attachments:** | image001.gif; Paid Social Snapshot_Automotive_90-day_July 2020.pdf; BrandTotal_Facebook_Boycott_Insights_August2020.pdf |

Thank you Ang. At a very quick breeze through this is intriguing. At least for us to understand methodology so we can be prepared to address these reports and even better, potentially to engage in a partnership with Brand Total to proactively bring insights for marketers. Rita and Gabriel is this something you can look into?

+MM FYI

**From:** Angela Mcfadden <amcfadden@fb.com>
**Date:** Tuesday, September 22, 2020 at 12:41 PM
**To:** Auto Leads <AutoLeads@fb.com>
**Cc:** "FYEAH 2.0" <FYEAH2.0@fb.com>, James Zayti II <jjzayti@fb.com>, Jessica Chow <jessicachow@fb.com>
**Subject:** Brand Total Report

Hi team,
We learned that FCA has started using a new social monitoring tool called Brand Total- their agency asked us to send along any watch outs that they should be aware of now that the clients are using this tool. We are vetting with MarSci and the FMP Partnership team.

They are not a badged partner, and given Facebook is a largely private platform, social listening is really hard to execute, so grain of salt all around.

Nonetheless, I noticed that they have several relevant reports available on their site for download:

- Automotive paid social snapshot- covers April- June (does not include all of our auto brands, it's an inconsistent mix of brands they are measuring). Shows Hyundai as the big winner in paid SOV amongst the competitive set. (attached)

- Facebook Boycott analysis- Honda is only OEM included in this report (attached)

- Auto Strategy analysis from April 2019- includes many OEMS (no FCA) organized by Lux and then Gen Market brands. This deck was huge, so I uploaded to wetransfer here.

FACEBOOK

Angela McFadden
Industry Manager | Automotive
735 Forest Ave, Birmingham, MI 48009
Facebook | Mobile 248-921-3269