# Exhibit Q

| | |
|---|---|
| **Message** | |
| **From:** | Benjamin Ackerman [ackermanb@google.com] |
| **Sent:** | 9/29/2020 10:29:29 PM |
| **To:** | Sanchit Karve [malwareassassin@fb.com] |
| **CC:** | Jeremy Brewer [jhbrewer@fb.com] |
| **Subject:** | Re: Connecting w Sanchit, abusive CRXs |

Hey guys,

Sorry for the delay, a little crazy last week.

Always looking to collaborate more. I used to be more in contact with Trevor Pottinger, Ben Braun, Sager and Steve when CRXs were attacking FB more directly, but it seems that abuse has disappeared.

Ah, [Redacted]. I'm familiar with them, I will get the three that are live looked at. Just looking quickly through their privacy policy it does look like they are collecting a bunch of information for advertising purposes which is a no no.

As for the dates that they were removed, I will have to check with our PCounsel to see if that would be okay. This case is a little interesting since they were reported through our Developer Data Protections Rewards Program and I think the reporter has the rights to that information, but I will have to double check.

> On Fri, 25 Sep 2020 at 02:11, Sanchit Karve <malwareassassin@fb.com> wrote:
> Hi Ben,
> Just checking in to ask if you've had a chance to look into our request.
>
> Thanks
> -Sanchit
>
> Sent from my iPhone
>
>> On Sep 21, 2020, at 11:04 PM, Sanchit Karve <malwareassassin@fb.com> wrote:
>>
>> Thanks for the generous intro Jeremy. :)
>>
>> Hi Ben,
>> Nice to e-meet you. I hope you are well during these strange times.
>> I have an additional ask for you. The extensions Jeremy mentioned are closely related behaviorally to five extensions created by another developer ([Redacted]) that have been removed recently.
>>
>> - Redacted
>> - Redacted
>> - Redacted
>> - Redacted

- **Redacted**

Would it be possible for you to provide us with the dates they were removed along with how they were found (external report vs internal detection)?
I understand if you can't provide this information, but we'd really appreciate tentative dates of their removal. We are planning on pursuing legal action against BrandTotal (responsible for the extensions in Jeremy's email) and your information would help us estimate losses/damages at our end.

Thanks,
Sanchit

**From:** Jeremy Brewer <jhbrewer@fb.com>
**Sent:** Monday, September 21, 2020 5:13 PM
**To:** ackermanb@google.com <ackermanb@google.com>; Sanchit Karve <malwareassassin@fb.com>
**Subject:** Connecting w Sanchit, abusive CRXs

Ben,

I hope all is well with you and you had a great weekend. I wanted to introduce you to Sanchit, in case you are able to collaborate.

Sanchit is one of the best anti-malware researchers at Facebook and more importantly is a high integrity, great guy.

He found some Chrome extensions we believe are improperly scraping user PII (e.g. gender, relationship status, ad interests, etc.), without proper disclosure. Whenever you get a chance, it would be wonderful if you could connect with him and see if there is a way to collaborate and better protect user privacy.

Some of the extensions are below:

https://chrome.google.com/webstore/detail/upvoice/kkcbaidglhekbphkencpcdkfoofdbmld
https://chrome.google.com/webstore/detail/upvoice/bmngkajcejghcgafbobemkpjboikmgfi
https://chrome.google.com/webstore/detail/whos-following-me/kmfdaofihfeimbbllkpbhpiolkghleii

Many thanks and wishing you all the best,
Jeremy

Highly Confidential - Attorney Eyes Only                                                                                         FB_BRTL_00016959