# Exhibit L

# Document Filed Under Seal