| | |
|---|---|
| **HUNTON ANDREWS KURTH LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| Ann Marie Mortimer (SBN 169077) | Sonal N. Mehta (SBN 222086) |
| amortimer@HuntonAK.com | sonal.mehta@wilmerhale.com |
| Jason J. Kim (SBN 221476) | Thomas G. Sprankling (SBN 294831) |
| kimj@HuntonAK.com | thomas.sprankling@wilmerhale.com |
| Jeff R. R. Nelson (SBN 301546) | Joseph M. Levy (SBN 329318) |
| jnelson@HuntonAK.com | joseph.levy@wilmerhale.com |
| 550 South Hope Street, Suite 2000 | 2600 El Camino Real, Suite 400 |
| Los Angeles, California 90071-2627 | Palo Alto, California 94306 USA |
| Telephone:  (213) 532-2000 | Telephone: (650) 600-5051 |
| Facsimile:  (213) 532-2020 | |

Attorneys for Plaintiff/Counterclaim Defendant FACEBOOK, INC.

[Counsel continued on next page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BRANDTOTAL LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>Defendants/Counterclaim Plaintiffs. | CASE NO.:  3:20-CV-07182-JCS<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT (FRCP 15(A)(2))** |

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Ari Holtzblatt (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
Allison Schultz (*pro hac vice*)
allison.schultz@wilmerhale.com
Robin C. Burrell (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Attorneys for Plaintiff/Counterclaim
Defendant FACEBOOK, INC.

**KRONENBERGER ROSENFELD, LLP**
Karl Kronenberger (State Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (State Bar No. 222187)
jeff@krinternetlaw.com
150 Post Street, Suite 520
San Francisco, California 94108
Telephone: (415) 955-1155

**HUSCH BLACKWELL LLP**
Rudolph A. Telscher, Jr. (*pro hac vice*)
rudy.telscher@huschblackwell.com
Kara R. Fussner (*pro hac vice*)
kara.fussner@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: (314) 480-1500

Ryan B. Hauer (*pro hac vice*)
Ryan.hauer@huschblackwell.com
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 526-1572

Attorneys for Defendants/Counterclaim
Plaintiffs BRANDTOTAL, LTD. and UNIMANIA, INC.

Plaintiff Facebook, Inc. and Defendants BrandTotal Ltd. and Unimania, Inc. stipulate under Federal Rule of Civil Procedure 15(a)(2) as follows:

1. On March 18, 2021, the Court issued an Order granting the parties' Stipulation to Extend Deadline to Amend Pleadings until May 21, 2021. ECF 130.

2. The parties now stipulate to the filing of the First Amended Complaint, which is attached to this stipulation as Exhibit A.

3. The parties further stipulate that Defendants acknowledge and accept service of the First Amended Complaint and waive any requirements of further service.

4. Defendants' Answer currently on file at ECF No. 23 constitutes Defendants' Answer to the First Amended Complaint and no further Answer is required.

Dated:  May 21, 2021                    **HUNTON ANDREWS KURTH LLP**

By:      */s/ Jeff R. R. Nelson*
         Ann Marie Mortimer
         Jason J. Kim
         Jeff R. R. Nelson
         Attorneys for Plaintiff/Counterclaim
         Defendant FACEBOOK, INC.

         Platform Enforcement and Litigation
         Facebook, Inc.
            Jessica Romero
            Michael Chmelar
            Stacy Chen

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Dated: May 21, 2021                               HUSCH BLACKWELL LLP

                                                  By:   /s/ Kara R. Fussner
                                                        Rudolph A. Telscher, Jr.
                                                        Kara R. Fussner
                                                        Attorneys for
                                                        Defendants/Counterclaim
                                                        Plaintiffs BRANDTOTAL, LTD. and
                                                        UNIMANIA, INC.

### ATTESTATION UNDER LOCAL RULE 5-1(I)(3)

I, Jeff R. R. Nelson, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 21, 2021                               /s/ Jeff R. R. Nelson
                                                  Jeff R. R. Nelson

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 24, 2021

                                                  Hon. Joseph C. Spero
                                                  Chief Magistrate Judge