**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| Case No.: <u>20-cv-07182-JCS</u> | **Case Name:** Facebook, Inc. v. BrandTotal Ltd. | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: May 28, 2021 | **Time:** 1 H 12 M |

**Attorney for Plaintiff:** Sonal Mehta, Ari Holtzblatt, Ann Marie Mortimer
**Attorney for Defendant:** Rudy Telscher, Dustin Taylor, Kara Fussner

**Deputy Clerk:** Karen Hom          **Court Reporter:** <u>Marla Knox</u>

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Motion to Dismiss First Amended Counterclaims [dkt 132] – Submitted
2. Renewed Motion for Preliminary Injunction [dkt 126] – Submitted
3. Further Case Mgmt Conference – Held (3 M)

<u>**ORDERED AFTER HEARING**</u>

Case mgmt. conference statement due 8/20/2021.

<u>**CASE CONTINUED TO:**</u>   08/27/2021 at 2:00 PM for a further case mgmt. conference

**Order to be prepared by:**
  [ ]  Plaintiff        [ ]  Defendant        [X] Court