UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDTOTAL LTD., et al.,<br><br>    Defendants. | Case No. 20-cv-07182-JCS<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 179 |

    The parties have filed a joint discovery letter brief (dkt. 179) addressing BrandTotal's "end-to-end source code" showing its treatment of data collected from Facebook. The Court finds that this source code falls within the scope of Facebook's document requests, that it is relevant to Facebook's claims, and that its production is proportional to the needs of the case. The Court recognizes BrandTotal's arguments regarding the sensitivity of this data, but the stringent protections that the parties agreed to for source code produced in this case are sufficient to protect that interest. *See* Stip. Protective Order (dkt. 107) § 9. BrandTotal is ORDERED to make its end-to-end source code available for inspection in a manner consistent with the protective order.

    The parties' joint letter does not address what would be reasonable timeline for production of this information. The parties shall meet and confer by videoconference no later than September 9, 2021 to set an appropriate deadline. In the unlikely event the parties cannot resolve that narrow issue of timing, they may submit a joint letter brief not exceeding three pages no later than September 13, 2021.

    **IT IS SO ORDERED.**

Dated: September 2, 2021

JOSEPH C. SPERO
Chief Magistrate Judge