Chief Magistrate Judge Joseph C. Spero
November 22, 2021

November 22, 2021

Chief Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom F -- 15th Floor
450 Golden Fate Avenue
San Francisco, CA 94102

     Re:    Facebook, Inc. v. BrandTotal Ltd., et al., Case No. 20-cv-07182-JCS

Dear Judge Spero:

     Plaintiff Facebook, Inc. ("Facebook" or "Plaintiff") and Defendants BrandTotal, Ltd. and Unimania, Inc. (collectively, "BrandTotal" or "Defendants") submit this joint letter brief regarding a discovery dispute in the above-captioned matter. Counsel for the parties attest that lead counsel met and conferred on the issue presented below via videoconference on November 15, 2021, and agreed to file this letter brief on November 22, 2021.

                                                                     Respectfully,

                                                                     HUSCH BLACKWELL LLP

                                                                     Dustin L. Taylor

# Entire Letter Brief Filed Under Seal

Placeholder
(Filed Under Seal)

CONFIDENTIAL – ATTORNEYS' EYES ONLY

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2021, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via email on all counsel of record at the following:

WILMER CUTLER PICKERING HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
THOMAS G. SPRANKLING (SBN 294831)
thomas.sprankling@wilmerhale.com
JOSEPH M. LEVY (SBN 329318)
joseph.levy@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

ARI HOLTZBLATT
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

CINDY PAN
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone (212) 937-7275

ANDRES ROSSO O'LAUGHLIN
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone (617) 526-6220

*Attorneys for Plaintiff/Counterclaim Defendant Facebook, Inc.*

HUNTON ANDREWS KURTH LLP
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*/s/ Dustin L. Taylor*

6