# Declaration of Michael Chmelar in Support of Facebook's Position on Joint Discovery Dispute

Placeholder
(Filed Under Seal)