# EXHIBIT E

| Message | |
|---|---|
| From: | Stephanie Dailey [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=F3FFE4D8E31D4A169AE0864AFD437AAA] |
| Sent: | 9/24/2020 6:02:40 PM |
| To: | Stephanie Dailey [sdailey@fb.com]; Sanchit Karve [malwareassassin@fb.com] |
| Subject: | Message summary [{"otherUserFbId":100024599565075,"threadFbId":null}] |

Stephanie Elise Dailey (9/24/2020 09:04:47 PDT):
>Hey Sanchit, hope you're doing well!

Stephanie Elise Dailey (9/24/2020 09:04:49 PDT):
>I just had someone on the marketing insights team ask about BrandTotal/Upvoice (we have a task for it in T76169017) - she said they've had several advertiser partners asking our sales team for their POV on it's capabilities. Seeing the quip attached it looks like you have already done significant work on this one. Do you know the current status, or a POC to help respond to these inquiries?

Stephanie Elise Dailey (9/24/2020 10:16:29 PDT):
>actually - moved the conversation to the task if you don't mind respond there! Happy to help check this out, just don't want to duplicate work..

Sanchit Karve (9/24/2020 10:59:28 PDT):
>Yup will respond there

Sanchit Karve (9/24/2020 10:59:35 PDT):
>We're enforcing on them this week

Stephanie Elise Dailey (9/24/2020 11:02:40 PDT):
>Awesome!! 😄 Thank you so much!!

Exhibit H

Highly Confidential – Attorney Eyes Only

FB_BRTL_00019356