Rudolph A. Telscher, Jr.*
rudy.telscher@huschblackwell.com
Kara R. Fussner*
kara.fussner@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer*
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone

David Stauss*
david.stauss@huschblackwell.com
Dustin L. Taylor*
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
180 1 Wewatta Street, Suite 1000
Denver, CO 80202
303-749-7200 Telephone
*admitted *pro hac vice*

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

*Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>*Plaintiff/Counterclaim Defendant*,<br>v.<br><br>BRANDTOTAL, LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>*Defendants/Counterclaim Plaintiffs*. | Case No.: 3:20-CV-07182-JCS<br><br>**DEFENDANTS' STATUS REPORT**<br><br>Judge:   The Hon. Joseph C. Spero<br>Ctrm.:   Courtroom F – 15th Floor |

Defendants BrandTotal, Ltd. and Unimania, Inc. (collectively "BrandTotal") respectfully submit this Status Report concerning BrandTotal's "second review" of documents that were captured by BrandTotal's privilege screen employed as part of BrandTotal's production of documents pursuant to the parties' joint stipulation. *See* ECF Nos. 216, 221.

BrandTotal has completed its collection of Gmail, Google Drive, and Slack messaging documents from the 11 custodians identified in the Joint Stipulation. BrandTotal has collected 1,120 GB of data from Gmail and Google Drive alone and will make a large production by January 18, 2022, and will produce all remaining documents that do not hit on the privilege screen on January 20, 2022, as directed by the Court.

BrandTotal has completed search term and privilege screens for two custodians and has identified approximately 17,000 documents from those custodians that hit on the privilege screen. Although BrandTotal, through its discovery vendor, is still working to apply a privilege screen to the collected documents for the remaining custodians that "hit" on the stipulated search terms, BrandTotal proposes a deadline of a final privilege of January 28, 2022.

This proposed deadline is based on the percentage of documents that are caught by the privilege screen for those custodians where the stipulated search terms have been run and the estimated time needed to review such documents if privilege screens for the remaining custodians return an approximately equal number of captured documents.

| | | |
|---|---|---|
| Date: January 14, 2022 | Respectfully submitted, | |

By: */s/ Dustin L. Taylor*
Rudolph A. Telscher, Jr.*
rudy.telscher@huschblackwell.com
Kara R. Fussner*
kara.fussner@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer*
ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200
Chicago, IL 60606
312-526-1572 Telephone

David Stauss*
david.stauss@huschblackwell.com
Dustin L. Taylor*
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
180 1 Wewatta Street, Suite 1000
Denver, CO 80202
303-749-7200 Telephone
*admitted *pro hac vice*

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone
415-955-1158 Facsimile

***Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2022, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record:

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>SONAL N. MEHTA (SBN 222086)<br>sonal.mehta@wilmerhale.com<br>THOMAS G. SPRANKLING (SBN 294831)<br>thomas.sprankling@wilmerhale.com<br>JOSEPH M. LEVY (SBN 329318)<br>joseph.levy@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000 | HUNTON ANDREWS KURTH LLP<br>Ann Marie Mortimer (State Bar No. 169077)<br>amortimer@HuntonAK.com<br>Jason J. Kim (State Bar No. 221476)<br>kimj@HuntonAK.com<br>Jeff R. R. Nelson (State Bar No. 301546)<br>jnelson@HuntonAK.com<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020 |
| ARI HOLTZBLATT<br>Ari.Holtzblatt@wilmerhale.com<br>ALLISON SCHULTZ<br>Allison.Schultz@wilmerhale.com<br>ROBIN C. BURRELL<br>robin.burrell@wilmerhale.com<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 | |
| CINDY PAN<br>cindy.pan@wilmerhale.com<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone (212) 937-7275 | |
| ANDRES ROSSO O'LAUGHLIN<br>andy.olaughlin@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone (617) 526-6220 | |

***Attorneys for Plaintiff/Counterclaim Defendant Meta Platforms, Inc.***

/s/ Dustin L. Taylor

DEFENDANTS' STATUS REPORT    3    Case No. 3:20-CV-07182-JCS
HB: 4876-8908-3657.1