WILMER CUTLER PICKERING HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 600-5051

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

ANDY R. O'LAUGHLIN (*pro hac vice*)
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

CINDY. PAN (*pro hac vice*)
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7275

*Attorneys for Plaintiff/Counterclaim Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>BRANDTOTAL, LTD., an Israel corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>　　　　　Defendants/Counterclaim Plaintiffs. | Case No. 3:20-cv-07182-JCS<br><br>**META PLATFORMS, INC.'S STATUS REPORT** |

Pursuant to this Court's January 10, 2022 Order (ECF No. 221), Meta Platforms, Inc. ("Meta") respectfully submits this response to the status report filed by Defendants BrandTotal, Ltd. and Unimania, Inc. ("BrandTotal") on January 14, 2022 (ECF No. 223).

1. On January 7, 2022, the deadline by which BrandTotal had previously agreed to produce documents, BrandTotal moved for relief from the joint stipulation that this Court entered on December 29, 2021. ECF No. 217. The Court denied that motion on January 10, 2022 and set a scheduling conference for that same day. ECF No. 219.

2. During the hearing, BrandTotal agreed to produce the documents required by the Court's December 29, 2021 Order on a rolling basis with a deadline for production of non-privileged documents and an initial privilege log by January 20, 2022. Following that hearing, the Court entered an order setting a deadline of January 20, 2022 by 5:00 PM PST for BrandTotal's final production of non-privileged documents and first privilege log. ECF No. 219.

3. In the seven days since that hearing, BrandTotal has produced no additional documents. BrandTotal now represents that it will make a "large production by January 18, 2022, and will produce all remaining documents that do not hit on the privilege screen on January 20, 2022." ECF No. 223. Meta assumes that BrandTotal's January 20, 2022 production will also include the initial privilege log created by BrandTotal's computerized privilege screen.

4. BrandTotal also "proposes a deadline of a final privilege of January 28, 2022." Meta has no objection to that date, provided that BrandTotal intends to produce a final privilege log and any non-privileged documents that were inadvertently included on the first privilege log by January 28 (it is not clear to Meta from BrandTotal's status report if it intends to produce the documents *and* log by that date). Given the re-deposition window of January 26, 2022 through February 4, 2022, Meta also respectfully requests that BrandTotal be ordered to produce documents inadvertently included on the first privilege log on a rolling basis from January 20 through January 28.

Dated: January 17, 2022

By: */s/ Sonal N. Mehta*
Sonal N. Mehta

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Plaintiff/Counterclaim Defendant Meta Platforms, Inc.*

WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ANDY R. O'LAUGHLIN (*pro hac vice*)
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

CINDY PAN (*pro hac vice*)
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007

Telephone: (212) 937-7275

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: January 17, 2022          By:   */s/ Sonal N. Mehta*
                                                     Sonal N. Mehta