| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>SONAL N. MEHTA (SBN 222086)<br>sonal.mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 USA<br>Telephone: 650 600 5051<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>ALLISON SCHULTZ (*pro hac vice*)<br>Allison.Schultz@wilmerhale.com<br>ROBIN C. BURRELL (*pro hac vice*)<br>robin.burrell@wilmerhale.com<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 | ANDY R. O'LAUGHLIN (*pro hac vice*)<br>andy.olaughlin@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6220<br><br>CINDY. PAN (*pro hac vice*)<br>cindy.pan@wilmerhale.com<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 937-7275 |

*Attorneys for Plaintiff/Counterclaim Defendant Meta Platforms, Inc.*

COUNSEL CONTINUED ON NEXT PAGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BRANDTOTAL, LTD., an Israel corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>        Defendants/Counterclaim Plaintiffs. | Case No. 3:20-CV-07182-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

1 | Rudolph A. Telscher, Jr. (*pro hac vice*)
rudy.telscher@huschblackwell.com
2 | Kara R. Fussner (*pro hac vice*)
kara.fussner @huschblackwell.com
3 | HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
4 | St. Louis, MO 63105
314-480-1500 Telephone
5
Ryan B. Hauer (*pro hac vice*)
6 | Ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
7 | 120 South Riverside Plaza Suite 2200 Chicago, IL 60606
312-526-1572 Telephone
8
Dustin L. Taylor (*pro hac vice*)
9 | dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
10 | 1801 Wewatta Street, Suite 1000
Denver, CO 80202
11
Karl Kronenberger (CA Bar No. 226112)
12 | karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
13 | jeff@krinternetlaw.com
Kronenberger Rosenfeld, LLP
14 | 150 Post Street, Suite 520
San Francisco, CA 94108
15 | 415-955-1155 Telephone

16 | *Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.*

Pursuant to Civil Local Rule 7-12, Plaintiff/Counterclaim Defendant Meta Platforms, Inc. ("Meta" or "Plaintiff") and Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc. (together, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Court ordered the Parties "to meet and confer and file a stipulated briefing schedule with the reply to be due four (4) weeks before the scheduled hearing date" for dispositive motions and *Daubert* motions (ECF No. 106).

WHEREAS, the hearing date for dispositive motions and *Daubert* motions in this case is currently scheduled for April 29, 2022 (ECF Nos. 167, 214).

WHEREAS, pursuant to the Court's order (ECF No. 106) and in light of the April 29, 2022 hearing date, the Parties have agreed to the following briefing schedule for motions for summary judgment and *Daubert* motions:[1]

| Event | Proposed Schedule |
|---|---|
| Motions for Summary Judgment and *Daubert* Motions | 2/25/2022 |
| Oppositions to Motions for Summary Judgment and *Daubert* Motions | 3/18/2022 |
| Replies in Support of Motions for Summary Judgment and *Daubert* Motions | 4/1/2022 |
| Hearing on Dispositive Motions and *Daubert* Motions | 4/29/2022 (ECF Nos. 167, 214) |

*[intentionally left blank]*

---

[1] The parties submit this proposed schedule without prejudice to Meta's potential need to request further modifications to the schedule (ECF No. 227).

**IT IS HEREBY STIPULATED AND AGREED** by Meta and Defendants that the Court enter the above briefing schedule for summary judgment motions and *Daubert* motions.

Dated: January 27, 2022

WILMER CUTLER PICKERING, HALE AND DORR LLP

By: */s/ Sonal N. Mehta*
     SONAL N. MEHTA

*Attorney for Plaintiff/Counterclaim Defendant*
Meta Platforms, Inc.

Dated: January 27, 2022

HUSCH BLACKWELL LLP

By: */s/ Dustin L. Taylor*
     DUSTIN L. TAYLOR

*Attorney for Defendants/Counterclaim Plaintiffs*
BrandTotal, Ltd and Unimania, Inc.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: January 31, 2022

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatures have concurred in this filing.

Dated: January 27, 2022         By:   /s/ Sonal N. Mehta
                                      Sonal N. Mehta

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: January 27, 2022         By:   /s/ Sonal N. Mehta
                                      Sonal N. Mehta