WILMER CUTLER PICKERING HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone: 650 600 5051

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

ANDY R. O'LAUGHLIN (*pro hac vice*)
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

CINDY. PAN (*pro hac vice*)
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7275

*Attorneys for Plaintiff/Counterclaim Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BRANDTOTAL, LTD., an Israel corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>        Defendants/Counterclaim Plaintiffs. | Case No. 3:20-CV-07182-JCS<br><br>**[PROPOSED] ORDER REGARDING DEPOSITIONS IN ISRAEL OF AMIR LESHMAN AND OREN DOR** |

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE UNOPPOSED ADMINISTRATIVE MOTION REGARDING DEPOSITIONS IN ISRAEL OF AMIR LESHMAN AND OREN DOR, IT IS SO ORDERED that:

This Court requests that the Israeli Magistrate Court:

(1) appoint Mr. Shai Sharvit, Esq., pursuant to Section 16(b) of the International Legal Assistance Law, as the attorney or judicial officer to preside over the testimony given at the depositions of Messrs. Leshman and Dor at Mr. Sharvit's office (set forth below) between March 7, 2022 and March 10, 2022;

> Shai Sharvit, Esq.
> Of the Law Office of Gornitzky & Co., Advocates
> 20 Haheresh Street (Vitanya Tower),
> Tel Aviv, 6761310
> Tel: 03-7109191, Fax: 03-5606555

(2) issue summons requiring Messrs. Leshman's and Dor's attendance at the depositions to be held at Mr. Sharvit's office; and

(3) require that each deposition be taken in accordance with the U.S. Federal Rules of Civil Procedure and the remote deposition protocol that the Parties have agreed to for fact depositions in this case.

Dated: February 15, 2022

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge