UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>BRANDTOTAL LTD., et al.,<br><br>   Defendants. | Case No. 20-cv-07182-JCS<br><br>**ORDER GRANTING IN PART MOTION TO EXTEND TIME**<br><br>Re: Dkt. No. 233 |

   Plaintiff Meta Platforms, Inc. ("Meta") moves to extend time for witness redepositions, summary judgment motions, and *Daubert* motions. Defendants oppose the motion, arguing that Meta has not shown good cause to alter the schedule and that a delayed hearing date would prejudice them. In light of the schedule recently set by an Israeli court for depositions of nonparty witnesses in that country, Meta's request is GRANTED IN PART, as follows:

   The briefing schedule for *Daubert* motions remains unchanged. Each side may file one *Daubert* motion, addressing any number of expert witnesses, no later than February 25, 2022. Oppositions shall be filed no later than March 18, 2022, replies shall be filed no later than April 1, 2022, and the motions will be heard on April 29, 2022 at 9:30 AM.

   Meta's request to modify the schedule for summary judgment motions is granted in part. Each side may file one motion for summary judgment no later than March 11, 2022. Oppositions shall be filed no later than April 1, 2022, and replies shall be filed no later than April 8, 2022. The hearing remains set for April 29, 2022 at 9:30 AM.

   Any party that would prefer to maintain the briefing schedule that was in place before this order for its *own* motion for summary judgment—in order to preserve the schedule of two weeks rather than one week for its reply, or for any other reason—may file its motion for summary

judgment by the previous deadline of February 25, 2022, and the Court will order the previous schedule reimposed as to that party's motion.

The deadline to re-depose Alon Leibovich, Oscar Padilla, Yair Regev, and Liram Vardi is continued to February 22, 2022, to occur on the schedule agreed by the parties if Facebook's request to extend the briefing schedule had been denied. If the parties agree to a further extension of time for those depositions in light of the briefing schedule set by this order, they may file a stipulation to that effect. Unilateral requests for such an extension will be denied.

**IT IS SO ORDERED.**

Dated: February 18, 2022

JOSEPH C. SPERO
Chief Magistrate Judge