WILMER CUTLER PICKERING HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone: 650 600 5051

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

ANDY R. O'LAUGHLIN (*pro hac vice*)
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

CINDY. PAN (*pro hac vice*)
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7275

*Attorneys for Plaintiff/Counterclaim Defendant Meta Platforms, Inc.*

COUNSEL CONTINUED ON NEXT PAGE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>  v.<br><br>BRANDTOTAL, LTD., an Israel corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>    Defendants/Counterclaim Plaintiffs. | Case No. 3:20-CV-07182-JCS<br><br>**STIPULATED REQUEST FOR ORDER TO EXCEED APPLICABLE PAGE LIMITS** |

Rudolph A. Telscher, Jr. (*pro hac vice*)
rudy.telscher@huschblackwell.com
Kara R. Fussner (*pro hac vice*)
kara.fussner @huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
314-480-1500 Telephone

Ryan B. Hauer (*pro hac vice*)
Ryan.hauer@huschblackwell.com
HUSCH BLACKWELL LLP
120 South Riverside Plaza Suite 2200 Chicago, IL 60606
312-526-1572 Telephone

Dustin L. Taylor (*pro hac vice*)
dustin.taylor@huschblackwell.com
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202

Karl Kronenberger (CA Bar No. 226112)
karl@krinternetlaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
jeff@krinternetlaw.com
Kronenberger Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
415-955-1155 Telephone

*Attorneys for Defendants/Counterclaim Plaintiffs
BrandTotal, Ltd. and Unimania, Inc.*

Pursuant to Civil Local Rule 7-12, Plaintiff/Counterclaim Defendant Meta Platforms, Inc. ("Meta" or "Plaintiff") and Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc. (together, "BrandTotal" or "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on February 18, 2022, the Court granted in part a motion for extension of time for the parties to file their motions for summary judgment, setting the deadline of March 11, 2022. ECF No. 241.

WHEREAS, the Court's order clarified that each side shall be limited to one motion for summary judgment and one *Daubert* motion.

WHEREAS, to adequately address the legal and factual aspects of the parties' claims and provide the Court with the most helpful presentation of the issues and evidence, the parties have agreed, subject to this Court's preference and approval, to request ten additional pages for the opening and response summary judgment briefs and five additional pages for the reply summary judgment briefs. The parties recognize that the filing of additional pages impacts the Court's reviews of the papers, but respectfully submit that these additional pages will allow them to more fully present the issues and evidence to the Court in a more helpful and fulsome way.

WHEREAS, subject to the Court's approval, the parties jointly request an additional ten (10) pages to the limits set forth in Civil Local Rule 7-2(b) and 7-3(a) for the opening and response summary judgment briefs as well as an additional five (5) pages to the limits set forth in Civil Local Rule 7-3(c) for the reply summary judgment briefs, bringing the total page count to 35 pages for the opening briefs, 35 pages for the responsive briefs, and 20 pages for the reply briefs.

**IT IS HEREBY STIPULATED AND AGREED** by Meta and BrandTotal that, pursuant to Civil Local Rule 7-12, that the page limitations set forth in Civil Local Rules 7-2(b), 7-3(a), and 7-3(c) be modified as set forth above.

| | |
|---|---|
| Dated: February 24, 2022 | WILMER CUTLER PICKERING, HALE AND DORR LLP |
| | By: /s/ Sonal N. Mehta |
| | SONAL N. MEHTA |
| | *Attorney for Plaintiff/Counterclaim Defendant* Meta Platforms, Inc. |
| Dated: February 24, 2022 | HUSCH BLACKWELL LLP |
| | By: /s/ Dustin L. Taylor |
| | DUSTIN L. TAYLOR |
| | *Attorney for Defendants/Counterclaim Plaintiffs* BrandTotal, Ltd and Unimania, Inc. |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: February 24, 2022

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatures have concurred in this filing.

Dated:  February 24, 2022					By:	*/s/ Sonal N. Mehta*
						Sonal N. Mehta

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated:  February 24, 2022					By:	*/s/ Sonal N. Mehta*
						Sonal N. Mehta