# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| Case No.: 20-cv-07182-JCS | Case Name: Meta Platforms, Inc. v. BrandTotal Ltd. |
|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: February 25, 2022 |  **Time:** 7 M (2:51-2:58) |

**Attorney for Plaintiff:** Sonal Mehta
**Attorney for Defendant:** Dustin Taylor

**Deputy Clerk:** Karen Hom            **Court Reporter:** Not Reported

## ZOOM WEBINAR PROCEEDINGS

1. Further Case Mgmt Conference - Held

## ORDERED AFTER HEARING

Parties shall meet and confer, and file a joint letter by 3/11/2022, with the name of the mediator and mediation date. Mediator should be someone who has familiarity in the industry. Mediation shall occur in June.
Updated case management statement due 4/22/2022.

**CASE CONTINUED TO:**   04/29/2022 at 9:30 AM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.