UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDTOTAL LTD., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07182-JCS<br><br>**ORDER REGARDING ELECTRONIC FILING OUTAGE** |

　　The Court's electronic filing system is currently experiencing a service disruption. If the outage continues through today's filing deadline, the parties are ORDERED to email courtesy copies of their substantive briefs (unredacted and without supporting evidence) no later than midnight Pacific Time to the Court at jcspo@cand.uscourts.gov and to opposing counsel, and to file all relevant documents in the docket within twenty-four hours of the outage being resolved. All other deadlines remain as previously set.

　　**IT IS SO ORDERED.**

Dated: March 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge