| | |
|---|---|
| Rudolph A. Telscher, Jr.* <br> rudy.telscher@huschblackwell.com <br> Kara R. Fussner* <br> kara.fussner@huschblackwell.com <br> HUSCH BLACKWELL LLP <br> 190 Carondelet Plaza, Suite 600 <br> St. Louis, MO 63105 <br> 314-480-1500 Telephone <br><br> Ryan B. Hauer* <br> ryan.hauer@huschblackwell.com <br> David E. Anderson** <br> david.anderson@huschblackwell.com <br> HUSCH BLACKWELL LLP <br> 120 South Riverside Plaza Suite 2200 <br> Chicago, IL 60606 <br> 312-526-1572 Telephone <br><br> David Stauss* <br> david.stauss@huschblackwell.com <br> Dustin L. Taylor* <br> dustin.taylor@huschblackwell.com <br> HUSCH BLACKWELL LLP <br> 180 1 Wewatta Street, Suite 1000 <br> Denver, CO 80202 <br> 303-749-7200 Telephone <br> *admitted *pro hac vice* <br> ** *pro hac vice* application pending | Karl Kronenberger (CA Bar No. 226112) <br> karl@krinternetlaw.com <br> Jeffrey M. Rosenfeld (CA Bar No. 222187) <br> jeff@krinternetlaw.com <br> KRONENBERGER ROSENFELD, LLP <br> 150 Post Street, Suite 520 <br> San Francisco, CA 94108 <br> 415-955-1155 Telephone <br> 415-955-1158 Facsimile <br><br> ***Attorneys for Defendants/Counterclaim Plaintiffs BrandTotal, Ltd. and Unimania, Inc.*** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation, <br><br> *Plaintiff/Counterclaim Defendant*, <br><br> v. <br><br> BRANDTOTAL, LTD., an Israeli corporation, and <br> UNIMANIA, INC., a Delaware corporation, <br><br> *Defendants/Counterclaim Plaintiffs*. | Case No.: 3:20-CV-07182-JCS <br><br> **DECLARATION OF KARA R. FUSSNER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Kara. R. Fussner, hereby state as follows:

1. I am an attorney duly licensed to practice law in the State of Missouri. I am a partner with the law firm of Husch Blackwell LLP, counsel for Defendants/Counterclaim Plaintiffs BrandTotal Ltd. and Unimania, Inc. (collectively, "BrandTotal"), and am admitted *pro hac vice* in the above-styled litigation. My testimony in this declaration is based on my personal knowledge, information, and belief regarding this litigation, including the records maintained by my firm related to this matter. If called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Exhibit G-45 to the Expert Report of Gary Wilcox (the website of www.brandtotal.com).

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Nov. 11, 2021 deposition of Oscar Padilla.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Jan. 12, 2022 Expert Report of Gary Wilcox.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Nov. 12, 2021 deposition of Kim Stonehouse.

6. Attached hereto as Exhibit E is a true and correct copy of the webpage www.joinupvoice.com.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Jan. 12, 2022 Opening Report of David Martens.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from Meta's Responses to BrandTotal's First Set of Interrogatories (Nos. 1-11) served Dec. 23, 2020, specifically, Response to Interrogatory No. 3.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Jan. 12, 2022 Opening Report of Dr. David Thaw.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the Feb. 11, 2022 Supplemental Report of David Martens.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from the Feb. 20, 2022 deposition of Liram Vardi.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts from the Feb. 3, 2022 Rebuttal Report of Robert Sherwood.

13. Attached hereto as Exhibit L is a true and correct copy of excerpts of Meta's Supplemental Responses to BrandTotal's First, Second, and Third Sets of Interrogatories served Nov. 19, 2021, specifically the Responses to Interrogatory No. 13 and Interrogatory No. 22.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts from the Feb. 18, 2022 deposition of Dr. David Thaw.

15. Attached hereto as Exhibit N is a true and correct copy of Meta Platforms, Inc.'s Form 10-K for the Fiscal Year ended Dec. 31, 2021 as filed with the United States Securities and Exchange Commission.

16. Attached hereto as Exhibit O is a true and correct copy of a Feb. 16, 2022 article entitled "Facebook Agreed to Pay $90M to Settle User Tracking Lawsuit" from PC Magazine, accessible at https://in.pcmag.com/social-media/147919/facebook-agrees-to-pay-90m-to-settle-user-tracking-lawsuit.

17. Attached hereto as Exhibit P is a true and correct copy of a Aug. 10, 2021 article entitled "We Research Misinformation on Facebook. It Just Disabled Our Accounts," from The New York Times, accessible at https://www.nytimes.com/2021/08/10/opinion/facebook-misinformation.html.

18. Attached hereto as Exhibit Q is a true and correct copy of a Aug. 14, 2021 article entitled "Facebook is obstructing our work on disinformation. Other researchers could be next," from The Guardian, accessible at https://www.theguardian.com/technology/2021/aug/14/facebook-research-disinformation-politics.

19. Attached hereto as Exhibit R is a true and correct copy of the Aug. 5, 2021 FTC Letter from Acting Director of the Bureau of Consumer Protection Samuel Levine to Facebook, Inc. re: Misleading Claims Regarding FTC Consent Decree.

20. Attached hereto as Exhibit S is a true and correct copy of a October 1, 2021 Statement of Chair Lina M. Khan Regarding the Report to Congress on Privacy and Security Commission File No. P065401.

1      21.     Attached hereto as Exhibit T is a true and correct copy of a Feb. 7, 2022 Letter from Congressman Ken Buck to the Federal Trade Commission regarding Facebook's privacy settlement.

       22.     Attached hereto as Exhibit U is a true and correct copy of excerpts from the Jan. 13, 2022 deposition of Sanchit Karve.

       23.     Attached hereto as Exhibit V is a true and correct copy of a News Release from the Bureau of Economic Analysis of the U.S. Department of Commerce, dated Feb. 3, 2022.

       24.     Attached hereto as Exhibit W is a true and correct copy of a pdf of data from The World Bank, GDP Rating for 2020, accessible at https://datacatalog.worldbank.org/search/dataset/0038130/GDP-ranking and https://databank.worldbank.org/data/download/GDP.pdf.

       25.     Attached hereto as Exhibit X is a true and correct copy of an article entitled "The academic, economic and societal impacts of Open Access: an evidence-based review," by J. Tennant et al., accessible at https://f1000research.com/articles/5-632/v3.

       26.     Attached hereto as Exhibit Y is a true and correct copy of excerpts from the Jan. 12, 2022 Opening Report of Stephen Prowse.

       27.     Attached hereto as Exhibit Z is a true and correct copy of an article entitled "Automated Experiments on Ad Privacy Settings" by A. Datta et al., from Proceedings on Privacy Enhancing Technologies 2015; 2015 (1):92-112.

       28.     Attached hereto as Exhibit AA is a true and correct copy of an article entitled "Racial Discrimination in the Sharing Economy: Evidence from a Field Experiment," by B. Edelman et al., from the American Economic Journal: Applied Economics 2017, 9(2): 1-22, accessible at https://doi.org/10.1257/app.20160213.

       29.     Attached hereto as Exhibit BB is a true and correct copy of the Nov. 27, 2017 Brief of Amici Curiae Electronic Frontier Foundation, DuckDuckGo, and Internet Archive in Support of Plaintiff-Appellee from the Ninth Circuit Appeal *hiQ Labs, Inc. v. LinkedIn Corp.*, Case No. 17-16783, Dkt. 42.

       30.     Attached hereto as Exhibit CC is a true and correct copy of excerpts from the Mar. 12, 2021 Declaration of Professor Woodrow Hartzog, previously filed at Dkt. 126-07.

31. Attached hereto as Exhibit DD is a true and correct copy of an article entitled "10 facts about Americans and Facebook," from Pew Research Center, accessible at https://www.pewresearch.org/fact-tank/2021 /06/01 /facts-about-americans-and-facebook/.

32. Attached hereto as Exhibit EE is a true and correct copy of the Dec. 9, 2021 Letter from the Senate Committee on Commerce, Science, and Transportation to the FTC.

33. Attached hereto as Exhibit FF is a true and correct copy of excerpts from the Feb. 3, 2022 Rebuttal Report of David Martens.

34. Attached hereto as Exhibit GG is a true and correct copy of Exhibit G-50 to the Expert Report of Gary Wilcox (www.facebook.com/policies/ads/).

35. Attached hereto as Exhibit HH is a true and correct copy of excerpts from the Feb. 10, 2021 deposition of Michael Clark.

36. Attached hereto as Exhibit II is a true and correct copy of excerpts from the Feb. 20, 2022 deposition of Yair Regev.

***

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 11th day of March 2022.

*/s/ Kara. R. Fussner*

Fussner Decl. ISO MSJ   4   Case No. 3:20-CV-07182-JCS

HB: 4879-6007-2980