1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILMER CUTLER PICKERING HALE AND
DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone: 650 600 5051

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

ANDY R. O'LAUGHLIN (*pro hac vice*)
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

CINDY PAN (*pro hac vice*)
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7275

*Attorneys for Plaintiff/Counterclaim Defendant
Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>BRANDTOTAL, LTD., an Israel corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>    Defendants/ Counterclaim Plaintiffs. | Case No. 3:20-CV-07182-JCS<br><br>**DECLARATION OF ROBIN BURRELL IN SUPPORT OF META'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1    I, Robin Burrell, hereby declare:

2    1.    I am an attorney duly licensed to practice in the District of Columbia, and admitted to

3  appear *pro hac vice* in this matter.  I am a Senior Associate at the law firm of Wilmer Cutler

4  Pickering Hale and Dorr LLP ("WilmerHale").  I represent Plaintiff/Counterclaim Defendant Meta

5  Platforms, Inc. ("Meta") in the above-captioned matter.

6    2.    I submit this declaration in support of Meta's Opposition to Defendants' Motion for

7  Partial Summary Judgment.

8    3.    This declaration is based upon my personal knowledge and information provided to

9  me by other Meta outside counsel.

10    4.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the January

11  13, 2021 deposition of Oren Dor.

12    5.    Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the

13  November 18, 2021 deposition of Yair Regev.

14    6.    Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by

15  Meta, with the Bates number FB_BRTL_00019487.

16    7.    Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by

17  BrandTotal, with the Bates number BT0001854.

18    8.    Attached hereto as **Exhibit 5** is a true and correct copy of an email sent by Sagi Katz

19  dated September 17, 2021, which was produced by BrandTotal without a Bates number on January

20  18, 2022.

21    9.    Attached hereto as **Exhibit 6** is a true and correct copy of YouTube's Terms of

22  Service, which is also available at https://www.youtube.com/static?template=terms (last accessed

23  Apr. 1, 2022).

24    10.    Attached hereto as **Exhibit 7** is a true and correct copy of Amazon's Conditions of

25  Use, which is also available at https://www.amazon.com/gp/help/customer/display.html?

26  nodeId=GLSBYFE9MGKKQXXM (last accessed Apr. 1, 2022).

27    11.    Attached hereto as **Exhibit 8** is a true and correct copy of LinkedIn's Service Terms,

28

CASE NO.: 3:20-CV-07182-JCS                        - 1 -                        DECLARATION OF ROBIN BURRELL ISO
                                                                               OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

which is also available at https://www.linkedin.com/legal/l/service-terms (last accessed Apr. 1, 2022).

12.    Attached hereto as **Exhibit 9** is a true and correct copy of the Opening Report of Dr. David Thaw, dated January 12, 2022.

13.    Attached hereto as **Exhibit 10** is a true and correct copy of Pacer's Policy and Procedures, which is also available at https://pacer.uscourts.gov/policy-procedures (last accessed Apr. 1, 2022).

14.    Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by Meta, with the Bates number FB_BRTL_00025352.

15.    Attached hereto as **Exhibit 12** is a true and correct copy of BrandTotal's Terms and Conditions, which is also available at https://privacy.brandtotal.com/service_terms.pdf (last accessed Apr. 1, 2022).

16.    Attached hereto as **Exhibit 13** is a true and correct copy of the October 21, 2020 declaration of Mike Clark.

17.    Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the February 9, 2022 deposition transcript of Dr. Gary Wilcox.

18.    Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by BrandTotal, with the Bates number BT0000114.

19.    Attached hereto as **Exhibit 16** is a true and correct copy of the Rebuttal Report of David Martens, dated February 3, 2022.

20.    Attached hereto as **Exhibit 17** is a true and correct copy of the October 21, 2020 declaration of Sanchit Karve.

21.    Attached hereto as **Exhibit 18** is a true and correct copy of the Opening Report of David Martens, dated January 12, 2022.

22.    Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the February 20, 2022 deposition transcript of Liram Vardi.

23.    Attached hereto as **Exhibit 20** is a true and correct copy of an August 14, 2018

1    email from the Google Chrome Web Store Team, which was produced by BrandTotal without a

2    Bates number on January 18, 2022.

3         24.    Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by

4    BrandTotal, with the Bates number BT0020755.

5         25.    Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by

6    BrandTotal, with the Bates number BT0000235.

7         26.    Attached hereto as **Exhibit 23** is a true and correct copy of a September 26, 2019

8    email from the Chrome Web Store Developer Support, which was produced by BrandTotal

9    without a Bates number on January 20, 2022.

10        27.    Attached hereto as **Exhibit 24** is a true and correct copy of a document produced by

11   BrandTotal, with the Bates number BT0005486.

12        28.    Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the

13   November 18, 2021 deposition of Fred Leach.

14        29.    Attached hereto as **Exhibit 26** is a true and correct copy of exhibit 2 to the

15   November 11, 2021 deposition of Oscar Padilla, which is a printout from BrandTotal's website

16   entitled *Social Advertising Powered By Your Competitors' Data*.

17        30.    Attached hereto as **Exhibit 27** is a true and correct copy of Meta's Supplemental

18   Response to Defendants' First, Second, and Third Interrogatories, dated November 19, 2021.

19        31.    Attached hereto as **Exhibit 28** is a true and correct copy of BrandTotal's Responses

20   and Objections to Meta's Third Set of Interrogatories, dated October 21, 2021.

21        32.    Attached hereto as **Exhibit 29** is a true and correct copy of BrandTotal's Responses

22   and Objections to Meta's Fourt Set of Interrogatories, dated November 19, 2021.

23        33.    Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the

24   November 9, 2021 deposition of Alon Leibovich.

25        34.    Attached hereto as **Exhibit 31** is a true and correct copy of the BrandTotal's

26   Responses and Objections to Meta's Third Set of Requests for Admission, dated November 19,

27   2021.

28

1    35.    Attached hereto as **Exhibit 32** is a true and correct copy of a January 13, 2021 email

2    from Oscar Padilla, which was produced by BrandTotal without a Bates number on January 18,

3    2022.

4    36.    Attached hereto as **Exhibit 33** is a true and correct copy of a January 4, 2021

5    BrandTotal Management Meeting presentation, which was produced by BrandTotal without a

6    Bates number on January 20, 2022.

7    37.    Attached hereto as **Exhibit 34** is a true and correct copy of the March 11, 2022

8    declaration of Sanchit Karve.

9    38.    Attached hereto as **Exhibit 35** is a true and correct copy of the Rebuttal Report of

10    Robert Sherwood, dated February 3, 2022.

11    39.    Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the March

12    10, 2021 deposition of Oren Dor.

13    40.    Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from the

14    February 17, 2022 deposition of Robert Sherwood.

15    41.    Attached hereto as **Exhibit 38** is a true and correct copy of the February 24, 2022

16    declaration of David Martens.

17    42.    Attached hereto as **Exhibit 39** is a true and correct copy of the February 22, 2022

18    deposition of Yair Regev.

19    I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

20    1st day of April, in the District of Columbia.

21

22    By: _/s/ Robin C. Burrell_
Robin C. Burrell

23

24

25

26

27

28

1

## **SIGNATURE ATTESTATION**

2        I am the ECF User whose identification and password are being used to file the foregoing.

3    Pursuant to Civil Local Rule 5-1(h), I hereby attest that the other signatories have concurred in

4    this filing.

5    Dated:  April 1, 2022                              By: */s/ Sonal N. Mehta*_____
                                                              Sonal N. Mehta

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28