WILMER CUTLER PICKERING HALE
AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone: (650) 600-5051

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

ANDY R. O'LAUGHLIN (*pro hac vice*)
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

CINDY PAN (*pro hac vice*)
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7275

Attorneys for Plaintiff/Counter Defendant
Meta Platforms, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiff / Counterclaim Defendant,<br><br>vs.<br><br>BRANDTOTAL LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>Defendants / Counterclaim Plaintiffs. | Case No. 3:20-CV-07182-JCS<br><br>**DECLARATION OF FRED LEACH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO BRANDTOTAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Joseph C. Spero |

I, Fred Leach, declare:

1. I submit this declaration in support of Plaintiff Meta Platforms, Inc.'s ("Meta") Opposition to BrandTotal's Motion for Partial Summary Judgment in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, I could do so competently under oath.

2. I am a Director of Product Management at Facebook. I have been employed by Meta since 2010. My responsibilities at Meta include managing the team that develops and oversees the suite of products that Meta offers advertisers to understand the effectiveness of their advertising on Meta's platforms.

3. A broad range of users can advertise on the Facebook and Instagram platforms. To place an advertisement on Facebook or Instagram, a user must have a Facebook or Instagram account. Individuals, small businesses, and large companies all advertise on Facebook and Instagram. Users who advertise on Facebook and Instagram make intentional decisions about the reach of their advertisements and the content that they display. To help advertisers make those strategic decisions about their business, Meta implements Advertiser Controls that allow advertisers to manage the placement and other features about their advertisements to achieve different objectives.

4. Advertisers often make significant investments in developing unique and proprietary strategies to market their products in certain ways and to certain demographics. Meta provides a range of products to help advertisers assess how those strategies are performing and to manage and understand the business value of their advertising on the Facebook and Instagram platforms. Meta tools like Ads Manager and Facebook Pixel allow advertisers to access analytics about their own advertisements and the effectiveness of those advertisements. For example, within Ads Manager, an advertiser can track the performance of its advertising campaigns and adjust audience and placement options to improve its campaign performance. Other tools like Brand Lift and Conversion Lift provide different metrics to help an advertiser

assess the strength of its own campaigns by measuring an advertisement's impact on brand metrics and the causal impact of advertisements on business performance.

5. Advertisers on Facebook and Instagram expect Meta to protect the proprietary information about the strategy behind their advertising campaigns and the performance of those campaigns. Meta protects advertiser data, and does not allow other advertisers to access an advertiser's data, including engagement information or the criteria the advertiser is using to target different audiences, unless they are given permission to do so. Meta limits access to an advertiser's data for advertisements that are not about social issues, elections, or politics to the advertiser itself. For example, Meta does not share one advertiser's decisions about an advertising campaign's reach with that advertiser's competitors. Unless a company is a Measurement Partner with explicit consent from an advertiser to access that advertiser's own data, Meta does not allow third parties to collect information about, for example, the reach of advertising campaigns. Access to that information would allow the third party to reverse engineer the advertiser's proprietary strategies. Therefore, Meta does not provide information about one advertiser to another except through anonymized, aggregated metrics that cannot be used to identify specific advertisers.

6. Meta also offers a large network of "Measurement Partners." An advertiser can grant a measurement partner access to the advertisers *own* data regarding its advertising strategy and campaigns to obtain measurement analytics through an approved channel. Measurement Partners help advertisers measure the effectiveness of their own advertising on the Meta platforms, for example, by providing an estimate of the number and demographics of the users who saw the advertiser's particular advertising campaign. Protecting advertiser's data is important to ensuring that users and businesses who advertise on the platform trust the security of their information and realize the value of their investment in advertising on the platform.

7. Outside of those approved channels, Meta limits access to advertising information because it protects the strategic decisions that advertisers make in determining how to develop, deploy, and adjust their advertising campaigns on Facebook and Instagram. When

advertisements and engagement information is improperly scraped from Facebook, the advertiser has no ability to consent to its collection and removal. One of the reasons that Meta limits scraping of advertisements and engagement information is because such scraping could allow third-parties to recreate or reverse engineer an advertiser's strategic decisions about its advertising campaigns on the Facebook and Instagram platforms—valuable and proprietary information that Meta provides only to advertisers and not to advertisers' competitors. Meta makes advertising on its platforms valuable for businesses by allowing advertisers to make strategic decisions that the advertisers feel confident they can deploy without exposing those decisions to their competitors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of April, 2022, in _Portola Valley, CA_.

*[signature]*
Fred Leach