# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| Case No.: 20-cv-07182-JCS | Case Name: Meta Platforms, Inc. v. BrandTotal Ltd. | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: June 8, 2022 | Time: 13 M (3:03-3:16) |

**Attorney for Plaintiff:** Ari Holtzblatt
**Attorney for Defendant:** Dustin Taylor, Kara Fussner, Maddie Kincaid (summer associate)

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

## ZOOM WEBINAR PROCEEDINGS

1. Further Case Mgmt Conference - Held

## ORDERED AFTER HEARING

Updated joint case management conference statement due 8/5/2022.
Trial date of 8/3/2022 is continued to 10/31/2022 at 8:30 AM for 8 days.
Final pretrial conference set for 7/22/2022 is continued to 10/7/2022 at 2:00 PM. All pretrial filings are now based off this new date.

**CASE CONTINUED TO:**   08/12/2022 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.