WILMER CUTLER PICKERING HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone: 650 600 5051

ARI HOLTZBLATT (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

ANDY R. O'LAUGHLIN (*pro hac vice*)
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

CINDY PAN (*pro hac vice*)
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7275

*Attorneys for Plaintiff/Counterclaim Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BRANDTOTAL, LTD., an Israel corporation, and UNIMANIA, INC., a Delaware corporation,<br><br>Defendants/ Counterclaim Plaintiffs. | Case No. 3:20-CV-07182-JCS<br><br>**DECLARATION OF ARI HOLTZBLATT IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES** |

I, Ari Holtzblatt, declare:

1. I am an attorney duly licensed to practice in the District of Columbia, and admitted to appear *pro hac vice* in this matter. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). I represent Plaintiff/Counterclaim Defendant Meta Platforms, Inc. ("Meta") in the above-captioned matter.

2. I submit this declaration in support of Meta's Motion for Attorney's Fees. I have personal knowledge of each of the matters stated herein, and if called to testify, would testify consistent with this declaration.

**Parties' Meet and Confers**

3. The parties have met and conferred for the purpose of resolving all disputed issues in this litigation, including those presented in this motion on six occasions: June 1, 2022, June 29, 2022, July 8, 2022, July 19, 2022, July 27, 2022, and August 3, 2022. In between and following those meetings, the parties have also exchanged numerous emails likewise aimed at resolving these issues.

4. On Wednesday, August 10, 2022, I sent counsel to BrandTotal a table setting forth the fixed-fee amounts that Meta paid to WilmerHale for specific categories of work that Meta contends are recoverable. Because Meta paid pursuant to a fixed-fee agreement, those fixed-fee amounts are the fees that Meta actually paid to WilmerHale for the relevant categories of work.

5. On Tuesday, August 16, 2022, at BrandTotal's request, I provided detailed time records that further supported the reasonableness of Meta's fees.

6. Following the August 3, 2022 meeting, I repeatedly requested that the parties again meet and confer regarding the remaining disputed issues in this case, but counsel for BrandTotal indicated that they were not yet prepared to meet again. I informed counsel for BrandTotal that we would welcome a further meeting whenever they are prepared to meet.

7. Despite their efforts to resolve the issues presented by this motion, the parties have been unable to reach resolution.

1   I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2   17th day of August, 2022, in Washington, D.C.

By: */s/ Ari Holtzblatt*
     Ari Holtzblatt

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h), I hereby attest that the other signatories have concurred in this filing.

Dated: August 17, 2022            By: */s/ Sonal N. Mehta*
                                              Sonal N. Mehta