UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>BRANDTOTAL LTD., et al.,<br><br>  Defendants. | Case No. 20-cv-07182-JCS<br><br>**ORDER TO ADDRESS TRIAL DEADLINES AT CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 371 |

This Court's standard pretrial case management order was filed today as docket entry 371. Based on the current pretrial conference date of October 7, 2022, that order requires—among other deadlines—that the parties must file no later than September 7, 2022: (1) a detailed joint proposed final pretrial order; (2) a joint set of jury instructions, with arguments where the parties' proposals differ; (3) a joint set of proposed voir dire questions; (4) trial briefs on controlling issues of law; and (5) proposed verdict forms. Each party must serve motions in limine on its opponent by the same date, and the parties must file those motions in limine along with the oppositions thereto no later than September 16, 2022. Additional deadlines are set forth in the pretrial order.

The parties should be prepared to address at the September 2, 2022 case management conference whether they would like to keep the current trial and pretrial conference dates and whether the Court's standard pretrial filing schedule is feasible.

**IT IS SO ORDERED.**

Dated: August 30, 2022

JOSEPH C. SPERO
Chief Magistrate Judge