WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
Telephone: 650 600 5051

ARI HOLTZBLATT (*pro hac vice*)
Ari.Holtzblatt@wilmerhale.com
ALLISON SCHULTZ (*pro hac vice*)
Allison.Schultz@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
1875 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000

ANDY R. O'LAUGHLIN (*pro hac vice*)
andy.olaughlin@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

CINDY PAN (*pro hac vice*)
cindy.pan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7275

*Attorneys for Plaintiff/Counterclaim Defendant
Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation, | Case No.: 3:20-CV-07182-JCS |
|     *Plaintiff/Counterclaim Defendant*, | **[PROPOSED] ORDER REGARDING DISMISSAL** |
| v. | |
| BRANDTOTAL, LTD., an Israeli corporation, and UNIMANIA, INC., a Delaware corporation, | |
|     *Defendants/Counterclaim Plaintiffs*. | |

1

**[PROPOSED] ORDER REGARDING DISMISSAL**

2          Pursuant to Fed. R. Civ. P. 41(a)(2) and following entry of the parties' stipulation

3    regarding permanent injunction and dismissal, *see* Dkt. 380, IT IS HEREBY ORDERED,

4    that Meta's claims for unjust enrichment (Count II), interference with contractual relations

5    (Count V), and its claims under California's unfair competition law's ("UCL") unfair and

6    fraudulent prongs (Count VI) are DISMISSED.

7

8

9

10   Dated: _____

11

12                                              _____

13                                              HONORABLE JOSEPH C. SPERO
                                                United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28