| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>SONAL N. MEHTA (SBN 222086)<br>sonal.mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 USA<br>Telephone: 650 600 5051<br><br>ARI HOLTZBLATT (*pro hac vice*)<br>Ari.Holtzblatt@wilmerhale.com<br>ALLISON SCHULTZ (*pro hac vice*)<br>Allison.Schultz@wilmerhale.com<br>ROBIN C. BURRELL (*pro hac vice*)<br>robin.burrell@wilmerhale.com<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000 | ANDY R. O'LAUGHLIN (*pro hac vice*)<br>andy.olaughlin@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6220<br><br>CINDY PAN (*pro hac vice*)<br>cindy.pan@wilmerhale.com<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 937-7275 |

*Attorneys for Plaintiff/Counterclaim Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>　　　*Plaintiff/Counterclaim Defendant*,<br><br>v.<br><br>BRANDTOTAL, LTD., an Israeli corporation, and<br>UNIMANIA, INC., a Delaware corporation,<br><br>　　　*Defendants/Counterclaim Plaintiffs*. | Case No.: 3:20-CV-07182-JCS<br><br>**[PROPOSED] ORDER REGARDING DISMISSAL** |

---

Case No. 3:20-cv-07182　　　　　　　　　　　　　　　　　　　　　　[PROPOSED] ORDER RE DISMISSAL

**[PROPOSED] ORDER REGARDING DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(2) and following entry of the parties' stipulation regarding permanent injunction and dismissal, *see* Dkt. 380, IT IS HEREBY ORDERED, that Meta's claims for unjust enrichment (Count II), interference with contractual relations (Count V), and its claims under California's unfair competition law's ("UCL") unfair and fraudulent prongs (Count VI) are DISMISSED.

Dated: October 5, 2022

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge